# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Carl Jones

                Plaintiff,

v.                                                     Case No.: 3:22−cv−50299
                                                         Honorable Iain D. Johnston

K. E. Ehrke, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: The parties' Proposed Case Management Order [65] is adopted as modified as follows: Rule 26(a)(1) disclosures due by 04/08/24; 20 interrogatories and 10 requests for admission by each party to any other party; 10 depositions by Plaintiff and 5 depositions by Defendants, each deposition limited to 7 hours; file amended pleadings, add counts or parties, and file third−party complaints by 06/12/24; Rule 26(a)(2)(C) disclosures due by 06/12/24; Rule 26(e) supplements due by 06/12/24; fact discovery ends 07/12/24. Any retained expert discovery and dispositive motions are reserved at this time. The parties are directed to file a joint status report by 04/24/24, updating the Court on the status of discovery. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.