UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:22-cv-50299 |
| | ) | Honorable Iain D. Johnston |
| K.E. Ehrke, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 26, 2024 (ECF 68), the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

1. **Amended Complaint**

Defendants' answer to amended complaint was filed on January 17, 2024.

2. **Status of Plaintiff's Criminal Cases**

Criminal matters related to this case remain pending.

3. **Discovery**

Plaintiff has provided responses to Defendants' First Set of Interrogatories and Requests for Production. Plaintiff will serve discovery requests upon Defendants in due course. Parties will exchange documents.

Dated: May 15, 2024.

By: */s/ Jianan Jiang*
Justin L. Weisberg
Jianan Jiang
Robbins DiMonte, Ltd.
180 N. LaSalle Street, Ste. 3300
Chicago, IL 60601
jweisberg@robbinsdimonte.com
ajiang@robbinsdimonte.com
T: 312-782-9000

By: */s/ Matthew D. Rose*
Matthew David Rose
Donahue & Rose, PC
9501 W. Devon Avenue, Ste. 702
Rosemont, IL 60018
mrose@rmcj.com
T: 312-541-1078

By: */s/ Michael Victor*
Michael Victor
IFMK Law, Ltd.
650 Dundee Road, Ste. 475
Northbrook, IL 60062
mvictor@ifmklaw.com
T: 847-291-0200