UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:22-cv-50299 |
| | ) | Honorable Iain D. Johnston |
| K.E. Ehrke, et al., | ) | Honorable Margaret J. Schneider |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated April 15, 2025 **[DOC 94]**, the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

**1.  Status of Plaintiff's Criminal Cases**

As of July 11, 2025, the two pending DeKalb County criminal cases against Plaintiff, Carl Jones, 2022-CF-287 and 2022-CF-288 (the "DeKalb County Criminal Cases"), remain pending.

On July 1, 2025, the DeKalb County Circuit Court held a status hearing on both cases and entered an Order for Continuance, resetting both cases for a status hearing set for August 5, 2025. No trial date has been set for either of Plaintiff's Dekalb County Criminal Cases.

**2.  Status of Discovery**

Defendants have received, and produced to Plaintiff, documents received in response to subpoenas issued to the Illinois Department of Corrections- Stateville Correctional Center, Northwestern Medicine-Kishwaukee Hospital, and DeKalb County Jail. Defendants have

requested Plaintiff's execution of an authorization for release of mental health-related records from Elgin Mental Health Center (pursuant to the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1, et seq.) and counsel for the Parties have conferred and agreed to further discuss the scope and extent of records which Plaintiff will authorize for release to Defendants.

Plaintiff has requested additional body-worn and squad car video files from Defendants and the parties will confer regarding the availability and production of responsive video files.

Due to the ongoing nature of the DeKalb County Criminal Cases, Plaintiff continues to object to proceeding with his deposition in the present case, as requested by Defendants, on the basis of the risk of potential prejudice which may impact the trial of the DeKalb County Criminal Cases.

Based on the limitations imposed on furtherance of the discovery process in the present case, the Parties have conferred regarding a potential joint Motion to Stay Proceedings in the present case as the instant civil action involves facts and circumstances at issue in the ongoing DeKalb County Criminal Cases.

The Parties intend to confer further regarding the filing of such Motion in anticipation of the Discovery Closure Deadline of August 11, 2025.

Dated: July 11, 2025.

Respectfully submitted,

By: */s/ Justin L. Weisberg*  
    Justin L. Weisberg  
    Buchalter  
    180 N. LaSalle Street, Ste. 3300  
    Chicago, IL 60601  
    jweisberg@Buchalter.com

  *Attorney for Plaintiff*

By: */s/ Christopher R. Henson*  
    Michael J. Victor  
    Christopher R. Henson  
    Madison N. Wynes  
    IFMK Law, Ltd.  
    650 Dundee Road, Ste. 475  
    Northbrook, IL 60062  
    mvictor@ifmklaw.com  
    chenson@ifmklaw.com  
    mwynes@ifmklaw.com

  *Attorneys for Defendants*