**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Western Division**

Carl Jones
                     Plaintiff,

v.                                      Case No.: 3:22−cv−50299
                                              Honorable Iain D. Johnston

K. E. Ehrke, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2025:

    MINUTE entry before the Honorable Margaret J. Schneider: The Court has reviewed the parties' Joint Status Report [95]. Joint status report due 08/11/25 updating the Court on the status of close of fact discovery. If the parties believe that a stay of fact discovery is necessary, as discussed in the status report, a motion should be filed on or before that deadline.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.