UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Western Division

Carl Jones
               Plaintiff,

v.                                         Case No.: 3:22−cv−50299
                                                Honorable Iain D. Johnston

K. E. Ehrke, et al.
               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court has reviewed the parties' Joint Status Report [98] and agreed motion to stay litigation [97]. The motion [97] is granted. The Court notes it has the inherent power to stay civil proceedings "when the interests of justice so dictate[s]." Horton v. Pobjecky, No. 12 C 7784, 2013 WL 791332, at *3 (N.D. Ill. Mar. 4, 2013). Moreover, the Court considers the principles in Younger v. Harris, 401 U.S. 37 (1971): "Younger requires federal courts to stay a civil rights action when there are "ongoing state proceedings that are (1) judicial in nature, (2) implicate important state interests, and (3) offer an adequate opportunity for review of constitutional claims, (4) so long as no extraordinary circumstances−like bias or harassment−exist which auger against abstention." Horton, 2013 WL 791332 at *2 (citations omitted). Here, Plaintiff's underlying criminal proceedings meets the Younger principles and justifies a stay of this civil proceeding. The parties are directed to file a joint status report by 09/19/25 updating the Court on the status of Plaintiff's related criminal proceedings.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.