UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:22-cv-50299 |
| | ) | Honorable Iain D. Johnston |
| K.E. Ehrke, et al., | ) | Honorable Margaret J. Schneider |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated August 15, 2025 **[DOC 99]**, the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

**I. Status of Plaintiff's Pending State Court Criminal Cases**

On September 17, 2025, the DeKalb County Circuit Court held a status hearing on Plaintiff's two pending criminal cases, DeKalb County Nos. 2022-CF-287 and 2022-CF-288. At the September 17, 2025, status hearing, the Court entered an Order for Continuance, setting both cases for a status hearing on November 12, 2025. No trial date or pretrial date has been set for either case. The docket sheets for both cases (current as of September 19, 2025), are filed herewith as **Exhibits A-B** hereto.

There have been no further developments in either criminal case which the Parties reasonably believe would impact the stay of litigation as ordered by this Court. **[DOC 99]**.

Dated: September 19, 2025.

Respectfully submitted,

| | |
|---|---|
| By:  */s/ Justin L Weisberg*<br>Justin L. Weisberg<br>Buchalter<br>180 N. LaSalle Street, Ste. 3300<br>Chicago, IL 60601<br>jweisberg@Buchalter.com<br>*Attorney for Plaintiff* | By:  */s/ Christopher R. Henson*<br>Michael J. Victor<br>Christopher R. Henson<br>Madison N. Wynes<br>IFMK Law, Ltd.<br>650 Dundee Road, Ste. 475<br>Northbrook, IL 60062<br>mvictor@ifmklaw.com<br>chenson@ifmklaw.com<br>mwynes@ifmklaw.com<br>*Attorneys for Defendants* |