```
Case: 2022CF000288           vs JONES CARL III                           DATE: 2025-09-19
Type: Criminal Felony            Judge: HON MARCY BUICK      Jury Trial:    TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries      Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022
            CASE PARTICIPANTS NAMES                            ATTORNEYS
            -----------------------                            ---------
Def       JONES CARL III                                      GIBBS WILLIAM P
COM       PAUL MAX
AGY       DEKALB POLICE DEPARTMENT


DATE
----------
09/17/2025 Order for Continuance, filed
           STATUS HEARING Nov 12,2025 09:00AM Rm220 Judge HON MARCY BUICK
09/17/2025 Court Reporter - Court Reporter Specialist
09/17/2025 Attorney present in open court
09/17/2025 Defendant present in open court
           Asa Regna; Rep Gibbs; Judge Buick
08/05/2025 Order for Continuance, filed
08/05/2025 Defendant present in open court
           STATUS HEARING Sep 17,2025 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
08/05/2025 Court Reporter - Court Reporter Specialist
07/01/2025 Order for Continuance, filed
07/01/2025 Court Reporter - Court Reporter Specialist
07/01/2025 Defendant present in open court
           rep gibbs; asa hodder for regna; judge buick
           STATUS HEARING Aug 05,2025 09:00AM Rm220 Judge HON MARCY BUICK
05/15/2025 Order for Continuance, filed
           STATUS HEARING Jul 01,2025 09:00AM Rm220 Judge HON MARCY BUICK
05/15/2025 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:CH1 M
05/15/2025 Court Reporter - Court Reporter Specialist
05/15/2025 Attorney present in open court
05/15/2025 Defendant present in open court
           asa regna; rep gibbs; judge buick
           Judge:HON MARCY BUICK Clerk:CH1 M
04/10/2025 Motion for discovery, filed
           Judge:HON MARCY BUICK Clerk:ELW M
04/10/2025 Order for Continuance, filed
04/10/2025 Court Reporter - Court Reporter Specialist
04/10/2025 Defendant present in open court
           rep gibbs; asa regna; judge buick
           STATUS HEARING May 15,2025 09:00AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
04/08/2025 Mandate vacated and remanded, filed
           Judge:HON MARCY BUICK Clerk:EP1 M
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/03/2025 Disposition 01/00 Count 001 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing ARMED VIOLENCE/CATEG
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 720 5/33A-2(a) Class X
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00                              1
04/03/2025 Disposition 02/00 Count 002 No Fine & Cost Signed
```

```
Case: 2022CF000288            vs JONES CARL III            EXHIBIT B         DATE: 2025-09-19
Type: Criminal Felony         Judge: HON MARCY BUICK       Jury Trial:       TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries    Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
            Judge HON MARCY BUICK Asst States Attorney REGNA DAN
            Disposition: Pretrial: Initial Appearance Hearing AGG UUW/PERS/FIR LOA
            Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
            Statute 720 5/24-1.6(a)(2) Class 4
            Sentence: 04/03/2025
            Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
            No Fine & Cost .00
04/03/2025 Disposition 03/00 Count 003 No Fine & Cost Signed
            Judge HON MARCY BUICK Asst States Attorney REGNA DAN
            Disposition: Pretrial: Initial Appearance Hearing CRIM DMG/GOVT PROP/<
            Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
            Statute 720 5/21-1.01(a)(1) Class 4
            Sentence: 04/03/2025
            Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
            No Fine & Cost .00
04/03/2025 Disposition 04/00 Count 004 No Fine & Cost Signed
            Judge HON MARCY BUICK Asst States Attorney ASA 3 STATE ILCS
            Disposition: Pretrial: Initial Appearance Hearing RESIST/PC OFF/CORR/F
            Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
            Statute 720 5/31-1(a-7) Class 4
            Sentence: 04/03/2025
            Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
            No Fine & Cost .00
04/03/2025 Disposition 05/00 Count 005 No Fine & Cost Signed
            Judge HON MARCY BUICK Asst States Attorney REGNA DAN
            Disposition: Pretrial: Initial Appearance Hearing ILLEG POSS AMMUNITIO
            Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
            Statute 430 65/2(a)(2) Class A
            Sentence: 04/03/2025
            Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
            No Fine & Cost .00
04/03/2025 Disposition 06/00 Count 006 No Fine & Cost Signed
            Judge HON MARCY BUICK Asst States Attorney REGNA DAN
            Disposition: Pretrial: Initial Appearance Hearing POSS FIREARM FOID EX
            Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
            Statute 430 65/2(a)(1) Class A
            Sentence: 04/03/2025
            Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
            No Fine & Cost .00
04/03/2025 Disposition 07/00 Count 007 No Fine & Cost Signed
            Judge HON MARCY BUICK Asst States Attorney REGNA DAN
            Disposition: Pretrial: Initial Appearance Hearing ARMED VIOLENCE/CATEG
            Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
            Statute 720 5/33A-2(a) Class X
            Sentence: 04/03/2025
            Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
            No Fine & Cost .00
04/03/2025 Defendant in custody via Zoom
            rep gibbs; asa regna; judge buick
            Apr 10,2025 09:00AM Rm94 Judge HON MARCY BUICK
04/03/2025 Order defendant to have no contact with
            Judge:HON MARCY BUICK Clerk:ELW M
04/03/2025 Order - Pretrial Release, Filed
04/03/2025 Pretrial Supervision Order, Filed
04/03/2025 Court Reporter - Court Reporter Specialist               2
04/03/2025 Order grant release
```

COURT DOCKET - DEKALB COUNTY CIRCUIT CLERK                          PAGE #
Case: 3:22-cv-50299 Document #: 100-2 Filed: 09/19/25 Page 3 of 13 PageID #:492
Case: 2022CF000288           vs JONES CARL III           **EXHIBIT B**           DATE: 2025-09-19
Type: Criminal Felony        Judge: HON MARCY BUICK      Jury Trial:             TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries    Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

```
DATE
----------
           Judge:HON MARCY BUICK Clerk:ELW M
04/02/2025 Agreed order
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Apr 03,2025 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/25/2025 Order for Continuance, filed
02/25/2025 Defendant present via Zoom
           rep gibbs; asa hodder; judge buick
           Apr 10,2025 09:00AM Rm94 Judge HON MARCY BUICK Canceled
02/25/2025 Defendant Remains Detained
02/25/2025 Court Reporter - Court Reporter Specialist
02/04/2025 Order for Continuance, filed
02/04/2025 Court Reporter - Court Reporter Specialist
02/04/2025 Defendant present via Zoom
           rep gibbs; asa hodder; judge montgomery
           STATUS HEARING Feb 25,2025 09:45AM Rm94 Judge HON MARCY BUICK
01/13/2025 01.02.25 Filed By
01/13/2025 12.19.24 Filed By
01/13/2025 12.10.24 Filed By
01/13/2025 11.26.24 Filed By
01/13/2025 11.21.24 Filed By
01/13/2025 05.16.24 Filed By
01/13/2025 05.09.24 Filed By
01/13/2025 01.29.24 Filed By
01/13/2025 12.21.23 Filed By
01/13/2025 11.14.23 Filed By
01/13/2025 10.19.23 Filed By
01/13/2025 10.05.23 Filed By
01/13/2025 09.06.23 Filed By
01/13/2025 06.08.22 Filed By
01/13/2025 06.03.22 Filed By
01/06/2025 Notice of Appeal - Safe-T Act, Filed
01/06/2025 Order appoint appellate defender, filed
           Judge:HON MARCY BUICK Clerk:LLB M
01/02/2025 Order for Continuance, filed
01/02/2025 Court Reporter - Court Reporter Specialist
01/02/2025 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Feb 04,2025 09:00AM Rm94 Judge HON MARCY BUICK
12/19/2024 Motion for Relief, Filed
12/19/2024 Defendant Remains Detained
12/19/2024 Order for Continuance, filed
12/19/2024 Defendant present in court via close circuit video, filed
           rep gibbs; asa hodder; judge buick
           MOTION/PETITION HEARING Jan 02,2025 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/19/2024 Court Reporter - Court Reporter Specialist
12/10/2024 Order deny motion petition request for immediate release
12/10/2024 Order deny motion petition request amended mot for pretrial releas
12/10/2024 Defendant Remains Detained
12/10/2024 Order for Continuance, filed
12/10/2024 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           FILING Dec 19,2024 09:45AM Rm94 Judge HON MARCY BUICK   3
           Judge:HON MARCY BUICK Clerk:ELW M
```

```
Case: 2022CF000288            vs JONES CARL III                           DATE: 2025-09-19
Type: Criminal Felony              Judge: HON MARCY BUICK       Jury Trial:        TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries      Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022


DATE
----------
12/10/2024 Court Reporter - Court Reporter Specialist
11/26/2024 Order for Continuance, filed
11/26/2024 Court Reporter - Court Reporter Specialist
           sandy foord
11/26/2024 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           RULING Dec 10,2024 03:00PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
11/21/2024 Amended Motion to reconsider order of pretrial detention and deman
           d for immediate release of the def
11/21/2024 Order for Continuance, filed
11/21/2024 Defendant Remains Detained
11/21/2024 Defendant present in court via close circuit video, filed
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 26,2024 10:45AM Rm94
11/21/2024 Court Reporter - Court Reporter Specialist
11/20/2024 Motion to reconsider, filed
           order of pretrial detention
11/19/2024 Order for Continuance, filed
11/19/2024 Defendant present in court via close circuit video, filed
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 21,2024 09:45AM Rm94
11/19/2024 Defendant Remains Detained
11/19/2024 Court Reporter - Court Reporter Specialist
11/10/2024 Order - Mittimus Remanding Custody, Filed
11/10/2024 Order for Continuance, filed
11/10/2024 Defendant present via Zoom
           rep gibbs; asa mceachern; judge gallagher chami
           STATUS HEARING Nov 19,2024 09:00AM Rm94
11/04/2024 Order for Continuance, filed
11/04/2024 Court Reporter - Court Reporter Specialist
11/04/2024 Defendant present via Zoom
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 19,2024 09:00AM Rm94
10/29/2024 General Order, fld
10/29/2024 Video Writ, Filed
           STATUS HEARING Nov 04,2024 09:00AM Rm94 Judge HON MARCY BUICK
10/28/2024 Order for Continuance, filed
10/28/2024 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 05,2024 09:00AM Rm94 Judge HON MARCY BUICK
           Canceled
           Judge:HON MARCY BUICK Clerk:ELW M
10/28/2024 Court Reporter - Court Reporter Specialist
10/28/2024 Video Writ, Filed
10/15/2024 Motion
09/23/2024 Order writ of habeas corpus, filed
           STATUS HEARING Oct 28,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:CAM M
09/23/2024 Petition for writ of Habeas Corpus, filed
           Judge:HON MARCY BUICK Clerk:CAM M
09/20/2024 Appearance, filed
09/20/2024 Motion for discovery, filed
09/20/2024 Speedy trial demand, filed
09/20/2024 Notice of Invocation of Counsel, filed                4
09/20/2024 Disclosure statement, filed
```

```
Case: 2022CF000288             vs JONES CARL III                              DATE: 2025-09-19
Type: Criminal Felony          Judge: HON MARCY BUICK        Jury Trial:      TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries      Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022


DATE
----------
09/19/2024 Order appoint public defender, filed
09/19/2024 Order for Continuance, filed
09/19/2024 Court Reporter - Court Reporter Specialist
09/19/2024 Defendant present via Zoom
           asa hodder; judge buick
           STATUS HEARING Oct 28,2024 01:30PM Rm94
08/22/2024 Order for Continuance, filed
           asa hodder; judge buick
           STATUS HEARING Sep 19,2024 09:00AM Rm94
08/02/2024 Affidavit signed by
08/02/2024 Notice of filing, filed
07/08/2024 Motion to set court date
07/01/2024 Findings of court, filed

06/28/2024 Motion to request appointment of counsel
           Judge:HON MARCY BUICK Clerk:ELW M
06/20/2024
06/04/2024 Order for Continuance, filed
06/04/2024 ORDER DENY mot for ineffective assistance of counsel
06/04/2024 ORDER DENY mot for change of venue
06/04/2024 ORDER DENY mot for prosecutorial misconduct of aty collins 21cf126
06/04/2024 Defendant present in custody
           srl; asa collins; judge buick
           STATUS HEARING Jun 17,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
06/04/2024 Court Reporter - Court Reporter Specialist
           sandy foord
05/16/2024 Motion change of venue
05/16/2024 Order for Continuance, filed
05/16/2024 Defendant present in custody
           srl; asa collins; judge buick
           SENTENCING HEARING Jun 04,2024 01:30PM Rm94
05/16/2024 Court Reporter - Court Reporter Specialist
           sandy foord
05/16/2024 Findings of court, filed
           defendant can proceed as Self Representative litagant
05/10/2024 Correspondence, filed from def regarding transcript
05/09/2024 Order for Continuance, filed
           STATUS HEARING May 16,2024 09:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
05/09/2024 Public defender withdrawn
           Judge:HON SARAH GALLAGHER CHAMI Clerk:EP1 M
05/09/2024 Court Reporter - Court Reporter Specialist
05/09/2024 Attorney present in open court
05/09/2024 Defendant present in court via close circuit video, filed
           Asa Collins; Rep Dietrich; Judge Buick
05/06/2024 MOTION TO WITHDRAW, FLD
05/06/2024 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
05/06/2024 Notice of motion, filed
           MOTION/PETITION HEARING May 09,2024 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:MRC M
05/03/2024 Correspondence, filed from def
04/30/2024 Order for Continuance, filed
04/30/2024 Court Reporter - Court Reporter Specialist
```

5

```
Case: 2022CF000288              vs JONES CARL III                    DATE: 2025-09-19
Type: Criminal Felony           Judge: HON MARCY BUICK    Jury Trial:    TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries      Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022


DATE
----------
           sandy foord
04/30/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
           STATUS HEARING Jun 04,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
04/24/2024 Appeal mandate affirming, filed
04/05/2024 Appellate correspondence
02/27/2024 Findings of court, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:CAM M
02/22/2024 Order revoke bond, filed
           Judge:HON MARCY BUICK Clerk:ELW M
02/22/2024 Agreed order
           rep dietrich; asa collins; judge buick
           STATUS HEARING Apr 30,2024 01:30PM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/22/2024 Order for Continuance, filed
02/16/2024 Order for Continuance, filed
02/16/2024 Court Reporter - Court Reporter Specialist
02/16/2024 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           RULING Feb 20,2024 09:30AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/15/2024 01.29.24
02/15/2024 12.21.23
02/15/2024 11.14.23
02/15/2024 10.19.23
02/15/2024 10.05.23
02/15/2024 09.06.23
02/15/2024 06.08.22
02/15/2024 06.03.22
02/15/2024 Order for Continuance, filed
           RULING Feb 16,2024 03:00PM Rm94 Judge HON MARCY BUICK
02/15/2024 CT REPT THIS DATE Sandy Foord
02/15/2024 Attorney present in open court
02/15/2024 Defendant present in court via close circuit video, filed
           Asa Collins; Rep Dietrich; Judge Buick
02/13/2024 Order for Continuance, filed
02/13/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
           Judge:HON MARCY BUICK Clerk:ELW M
02/13/2024 Court Reporter - Court Reporter Specialist
02/06/2024 Appellate correspondence
02/05/2024 Order appoint appellate defender, filed
           Judge:HON PHILIP G MONTGOMERY Clerk:LLB M
02/02/2024 Notice of Appeal - Safe-T Act, Filed
02/02/2024 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:LLB M
02/02/2024 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:LLB M
01/29/2024 Order - Pretrial Detention - Initial, Filed
01/29/2024 Order for Continuance, filed
01/29/2024 Order - Mittimus Remanding Custody, Filed
01/29/2024 Defendant Detained
01/29/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
```

```
Case: 2022CF000288              vs JONES CARL III
Type: Criminal Felony                Judge: HON MARCY BUICK           Jury Trial:
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022


DATE
----------
            HEARING - Criminal or Juvenile Feb 13,2024 02:30PM Rm94
            Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:ELW M
01/29/2024 Court Reporter - Court Reporter Specialist
            sandy foord
01/16/2024 Correspondence, filed
01/11/2024 Order for Continuance, filed
01/11/2024 Court Reporter - Court Reporter Specialist
01/11/2024 Defendant present in court via close circuit video, filed
            rep dietrich; asa collins; judge buick
            STATUS HEARING Jan 29,2024 09:45AM Rm94 Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:ELW M
12/21/2023 Defendant Remains Detained
12/21/2023 Order for Continuance, filed
            FILING Jan 11,2024 09:45AM Rm94 Judge HON MARCY BUICK
12/21/2023 Court Reporter - Court Reporter Specialist
12/21/2023 Attorney present in open court
12/21/2023 Defendant present in court via close circuit video, filed
            asa collins;rep dietrich;judge buick
12/13/2023 Order for Continuance, filed
12/13/2023 Court Reporter - Court Reporter Specialist
12/13/2023 Defendant present in court via close circuit video, filed
            rep dietrich; asa collins; judge buick
            Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
12/12/2023 Notice of
            STATUS HEARING Dec 13,2023 09:45AM Rm94 Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:ELW M
12/07/2023 Proof of service, filed
            Judge:HON MARCY BUICK Clerk:MRC M
12/07/2023 NOTICE TO request to advance case
12/01/2023 Proof of service, filed
            Judge:HON MARCY BUICK Clerk:MRC M
12/01/2023 Notice of request to advance case
            STATUS HEARING Dec 11,2023 09:00AM Rm94 Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:MRC M
11/30/2023 Order for Continuance, filed
11/30/2023 Defendant present in court via close circuit video, filed
            rep dietrich; asa collins; judge buick
            RULING Jan 11,2024 02:30PM Rm94 Judge HON MARCY BUICK Canceled
            Judge:HON MARCY BUICK Clerk:ELW M
11/30/2023 Court Reporter - Court Reporter Specialist
11/14/2023 Order for Continuance, filed
11/14/2023 Court Reporter - Court Reporter Specialist
11/14/2023 Defendant present in court via close circuit video, filed
            ASA:COLLINS/PD:DIETRICH/JUDGE BUICK
            BOND 650000-10% EHM PTS
            RULING Nov 30,2023 09:45AM Rm94 Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:CAM M
10/19/2023 Motion for supplemental disc
            Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Notice of motion, filed
            Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 People's response to
            def mot for reconsideration
            Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Notice of filing, filed
```

```
              COURT DOCKET  -  DEKALB    COUNTY CIRCUIT CLERK                PAGE  8
Case: 2022CF000288              vs JONES CARL III           EXHIBIT B     DATE: 2025-09-19
Type: Criminal Felony              Judge: HON MARCY BUICK        Jury Trial:        TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022


DATE
----------
             Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Order for Continuance, filed
10/19/2023 Defendant present in court via close circuit video, filed
             rep dietrich; asa colins; judge buick
             MOTION/PETITION HEARING Nov 14,2023 08:45AM Rm94
             Judge HON SARAH GALLAGHER CHAMI
             Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
10/19/2023 Court Reporter - Court Reporter Specialist
10/11/2023 Motion response to state
             Judge:HON MARCY BUICK Clerk:TJD M
10/11/2023 Notice of filing, filed
             proof of service
             Judge:HON MARCY BUICK Clerk:TJD M
10/10/2023 Verified Petition to Deny Defendant's Pretrial Release, Fld
10/05/2023 Order for Continuance, filed
10/05/2023 Court Reporter - Court Reporter Specialist
10/05/2023 Defendant present in court via close circuit video, filed
             rep dietrich; asa collins; judge buick
             MOTION/PETITION HEARING Oct 19,2023 02:30PM Rm94
             Judge HON MARCY BUICK
             Judge:HON MARCY BUICK Clerk:ELW M
10/03/2023 Motion for reconsideration pretrial release conditions
             Judge:HON MARCY BUICK Clerk:TJD M
10/03/2023 Proof of service, filed
             Judge:HON MARCY BUICK Clerk:TJD M
10/03/2023 Notice of motion, filed
             reconsideration of pretrial release conditions
             MOTION/PETITION HEARING Oct 05,2023 02:30PM Rm94
             Judge HON MARCY BUICK
             Judge:HON MARCY BUICK Clerk:TJD M
09/06/2023 Order for Continuance, filed
09/06/2023 Defendant present in court via close circuit video, filed
             rep dietrich; asa collins; judge buick
             Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
09/06/2023 Court Reporter - Court Reporter Specialist
09/06/2023 Order deny motion petition for bond reduction, filed
             Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
09/01/2023 Motion for bond modification
             MOTION/PETITION HEARING Sep 06,2023 10:45AM Rm94
             Judge HON MARCY BUICK
             Judge:HON MARCY BUICK Clerk:TJD M
09/01/2023 Notice of filing, filed
             proof of service
             Judge:HON MARCY BUICK Clerk:TJD M
08/21/2023 Notice of return of subpoena
             Oct 05,2023 02:30PM Rm94 Judge HON MARCY BUICK
             Judge:HON MARCY BUICK Clerk:EP1 M
08/17/2023 Subpoena returned, filed
             dekalb police records
08/14/2023 Order for Continuance, filed
08/14/2023 Defendant present in court via close circuit video, filed
             rep dietrich; asa collins; judge buick
             STATUS HEARING Oct 05,2023 02:30PM Rm94 Judge HON MARCY BUICK
             Judge:HON MARCY BUICK Clerk:ELW M
08/14/2023 Court Reporter - Court Reporter Specialist                     8
07/31/2023 Order for Continuance, filed
```

```
Case: 2022CF000288             vs JONES CARL III                    DATE: 2025-09-19
Type: Criminal Felony          Judge: HON MARCY BUICK    Jury Trial: TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries      Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022


DATE
----------
07/31/2023 Order defendant found fit to stand trial, filed
           Judge:HON MARCY BUICK Clerk:ELW M
07/31/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Aug 14,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
07/31/2023 Court Reporter - Court Reporter Specialist
07/26/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:LLB M
07/26/2023 Notice of request to advance case
           MOTION/PETITION HEARING Jul 31,2023 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:LLB M
07/18/2023 Order transport the defendant, filed
           Judge:HON MARCY BUICK Clerk:ELW M
07/18/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
07/18/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:MRC M
06/29/2023 Order for Continuance, filed
06/29/2023 Court Reporter - Court Reporter Specialist
06/29/2023 Defendant not appearing in open court
           rep dietrich; asa collins; judge buick
           STATUS HEARING Sep 28,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Canceled
           Judge:HON MARCY BUICK Clerk:ELW M
06/22/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:ELW M
06/15/2023 Correspondence, filed
04/27/2023 Order for Continuance, filed
04/27/2023 Court Reporter - Court Reporter Specialist
04/27/2023 Defendant not appearing in open court
           rep criswell; asa collins; judge buick
           STATUS HEARING Jun 29,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Order defendant found unfit to stand trial, filed
           Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Order for Continuance, filed
03/28/2023 CT REPT THIS DATE sandy foord
           Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Defendant present in custody
           rep dietrich; asa collins; judge buick

           state calls dr jayne braden-deemed an expert in her field
           STATUS HEARING Apr 27,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/22/2023 Order for Continuance, filed
03/22/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           HEARING - Criminal or Juvenile Mar 28,2023 11:00AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/22/2023 Court Reporter - Court Reporter Specialist
03/07/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M                    9
03/07/2023 Notice of filing, filed
```

```
Case: 2022CF000288            vs JONES CARL III                         DATE: 2025-09-19
Type: Criminal Felony           Judge: HON MARCY BUICK    Jury Trial:   TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries     Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022


DATE
----------
           Judge:HON MARCY BUICK Clerk:MRC M
03/02/2023 Order for Continuance, filed
03/02/2023 Court Reporter - Court Reporter Specialist
03/02/2023 Defendant not appearing in open court
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 15,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/09/2023 Order for fitness evaluation, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/09/2023 Order for Continuance, filed
02/09/2023 Court Reporter - Court Reporter Specialist
02/09/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 02,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/01/2023 Notice of filing, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/01/2023 Order for Continuance, filed
02/01/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Feb 09,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/01/2023 Court Reporter - Court Reporter Specialist
12/29/2022 Agreed order
           STATUS HEARING Feb 01,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:LM2 M
12/22/2022 Order for Continuance, filed
12/22/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Feb 01,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/22/2022 Court Reporter - Court Reporter Specialist
12/20/2022 Motion to disseminate discovery to defendant
           Judge:HON MARCY BUICK Clerk:CAM M
12/20/2022 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:CAM M
12/20/2022 Notice of motion, filed
           MOTION/PETITION HEARING Dec 22,2022 02:30PM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:CAM M
11/14/2022 Order for fitness evaluation, filed
           STATUS HEARING Dec 29,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
11/10/2022 Order for Continuance, filed
11/10/2022 Court Reporter - Court Reporter Specialist
11/10/2022 Defendant present via Zoom
           rep dietrich; asa collins; judge montgomery
           STATUS HEARING Dec 29,2022 02:30PM Rm94
10/24/2022 Supplemental answer to discovery, filed
10/18/2022 NOTICE OF FILING & PROOF OF SERVICE, FLD
10/06/2022 Answer to discovery, filed
10/06/2022 Proof of service, filed
10/06/2022 Notice of filing, filed
10/03/2022 Answer to discovery, filed
```

COURT DOCKET - DEKALB COUNTY CIRCUIT CLERK  Case: 3:22-cv-50299 Document #: 100-2 Filed: 09/19/25 Page 11 of 13 PageID #:500  PAGE 11
Case: 2022CF000288           vs JONES CARL III              **EXHIBIT B**           DATE: 2025-09-19
Type: Criminal Felony           Judge: HON MARCY BUICK           Jury Trial:           TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries     Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

```
DATE
----------
            defense 2nd
10/03/2022 Notice of filing, filed
10/03/2022 Supplemental disclosure, filed
10/03/2022 NOTICE OF FILING & PROOF OF SERVICE, FLD
09/22/2022 Order for Continuance, filed
09/22/2022 Defendant present in court via close circuit video, filed
            rep dietrich; asa collins; judge buick
            STATUS HEARING Nov 10,2022 02:30PM Rm94 Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:ELW M
09/22/2022 Court Reporter - Court Reporter Specialist
08/31/2022 Subpoena returned, filed
            dekalb pd records
            Sep 22,2022 02:30PM Rm94
08/31/2022 Subpoena returned, filed
            dekalb pd records
08/31/2022 Proof of service, filed
08/31/2022 Notice of return of subpoena, filed
            Sep 22,2022 02:30PM Rm94
08/09/2022 Order for Continuance, filed
08/09/2022 Court Reporter - Court Reporter Specialist
08/09/2022 Defendant present in court via close circuit video, filed
            rep dietrich; asa collins; judge buick
            STATUS HEARING Sep 22,2022 02:30PM Rm94 Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:ELW M
06/22/2022 Discovery, filed
            Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Motion for disclosure, filed
            Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Notice of filing, filed
            Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Defendants rights and penalties explained, filed
06/22/2022 Defendant arraigned this date, filed
06/22/2022 Defendant present in court via close circuit video, filed
            REP DIETRICH; ASA COLLINS; JUDGE BUICK
            STATUS HEARING Aug 10,2022 02:30PM Rm94
06/22/2022 Court Reporter - Court Reporter Specialist
06/22/2022 Order for Continuance, filed
06/10/2022 Grand Jury Indictment, filed
06/08/2022 Order for Continuance, filed
06/08/2022 Defendant present in court via close circuit video, filed
            rep dietrich; asa collins; judge buick
            FOR ATTORNEY Jun 22,2022 02:30PM Rm94 Judge HON MARCY BUICK
            Judge:HON MARCY BUICK Clerk:ELW M
06/08/2022 Court Reporter - Court Reporter Specialist
06/07/2022 Order for Continuance, filed
            $500,000/10%
            MOTION/PETITION HEARING Jun 08,2022 02:30PM Rm94
            Judge HON MARCY BUICK
06/07/2022 Court Reporter - Court Reporter Specialist
06/07/2022 Attorney present in open court
06/07/2022 Defendant present in court via close circuit video, filed
            Asa Collins; Rep Criswell; Judge Buick
06/06/2022 Disclosure statement, filed
            Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/06/2022 Motion for discovery, filed
            Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
```

COURT DOCKET - DEKALB COUNTY CIRCUIT CLERK                                    PAGE 12
Case: 3:22-cv-50299 Document #: 100-2 Filed: 09/19/25 Page 12 of 13 PageID #:501
Case: 2022CF000288        vs JONES CARL III                **EXHIBIT B**        DATE: 2025-09-19
Type: Criminal Felony           Judge: HON MARCY BUICK         Jury Trial:      TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries     Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

```
DATE
----------
06/06/2022 Appearance, filed
06/06/2022 Notice of Invocation of Counsel, filed
06/06/2022 Speedy trial demand, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/03/2022 Order for Continuance, filed
06/03/2022 Order appoint public defender, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Pauper's affidavit, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Pre-trial release order, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Attorney present in open court
           J=Gallagher Chami, ASA Collins, PD appointed
           bond 500,000 10% PTS
           STATUS HEARING Jun 07,2022 02:30PM Rm94 Judge HON MARCY BUICK
06/03/2022 Defendant present in court via close circuit video, filed
           via zoom DCJ
06/03/2022 Court Reporter - Court Reporter Specialist
06/03/2022 Written Gerstein Filed
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 07 Count 007 ARMED VIOLENCE/CATEGORY I Jun 02,2022
           Defendant JONES CARL III
           Statute 720 5/33A-2(a) Class X Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 06 Count 006 POSS FIREARM FOID EXPIRED Jun 02,2022
           Defendant JONES CARL III
           Statute 430 65/2(a)(1) Class A Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 05 Count 005 ILLEG POSS AMMUNITION/FOID Jun 02,2022
           Defendant JONES CARL III
           Statute 430 65/2(a)(2) Class A Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 04 Count 004 RESIST/PC OFF/CORR/FRFTR/INJ Jun 02,2022
           Defendant JONES CARL III
           Statute 720 5/31-1(a-7) Class 4 Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 03 Count 003 CRIM DMG/GOVT PROP/< $500 Jun 02,2022
           Defendant JONES CARL III
           Statute 720 5/21-1.01(a)(1) Class 4 Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
```

```
Case: 2022CF000288                  vs JONES CARL III                      DATE: 2025-09-19
Type: Criminal Felony            Judge: HON MARCY BUICK         Jury Trial:      TIME: 12.28.50
From: 00/00/0000 To: 99/99/9999 All Case Entries     Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 02 Count 002 AGG UUW/PERS/FIR LOADED/FOID Jun 02,2022
           Defendant JONES CARL III
           Statute 720 5/24-1.6(a)(2) Class 4 Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 NO BOND No Bond Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 01 Count 001 ARMED VIOLENCE/CATEGORY I Jun 02,2022
           Defendant JONES CARL III
           Statute 720 5/33A-2(a) Class X Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
```

**EXHIBIT B**