UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:22-cv-50299 |
| v. | ) | Honorable Iain D. Johnston |
| | ) | Honorable Margaret J, Schneider |
| K.E. Ehrke, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated September 22, 2025 **[DOC 101]**, the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

**I.      Status of Plaintiff's Pending State Court Criminal Cases**

This civil action is presently the subject of a stay of litigation by reason of Plaintiff's underlying state court criminal proceedings, which remain pending in the DeKalb County, Illinois, Circuit Court **[DOC 99]**. Plaintiff's underlying state court criminal proceedings, DeKalb County cases 2022-CF-287 and 2022-CF-288 (the "DeKalb County criminal cases"), were previously heard for a status hearing on September 17, 2025, and were continued for a status hearing on November 12, 2025.

At the November 12, 2025, status hearing, the DeKalb County Circuit Court entered an Order for Continuance, setting both cases for a status hearing on February 5, 2026. Both DeKalb County criminal cases remain in the "pre-trial" stage of litigation, and no trial date (nor pretrial conference date) has been set for either case. The docket sheets for DeKalb County cases 2022-

CF-287 and 2022-CF-288 (current as of November 13, 2025), are filed herewith and incorporated herein by reference as **Exhibits A-B** hereto.

There have been no further developments in either criminal case which the Parties reasonably believe would impact the stay of litigation in this action **[DOC 99]**.

Dated: November 14, 2025.

Respectfully submitted,

|  |  |
|---|---|
| By: */s/ Justin L. Weisberg*<br>Justin L. Weisberg<br>Buchalter<br>180 N. LaSalle Street, Ste. 3300<br>Chicago, IL 60601<br>jweisberg@Buchalter.com<br>*Attorney for Plaintiff* | By: *Christopher R. Henson*<br>Michael J. Victor<br>Christopher R. Henson<br>Madison N. Wynes<br>IFMK Law, Ltd.<br>650 Dundee Road, Ste. 475<br>Northbrook, IL 60062<br>mvictor@ifmklaw.com<br>chenson@ifmklaw.com<br>mwynes@ifmklaw.com<br>*Attorneys for Defendants* |