**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Carl Jones vs. K.E. Ehrke, et al

Case Number: 3-22-cv-50299

An appearance is hereby filed by the undersigned as attorney for:

Defendants Ehrke, Paul, Abonce, Goodwin, Reinbolz, Parsons, Klienmaier, Byrd, City of DeKa

Attorney name (type or print): Margaret A. Jones

Firm: IFMK Law, Ltd.

Street address: 140 S. Dearborn St., Suite 710

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6317205
(See item 3 in instructions)

Telephone Number: 312-422-0550

Email Address: mjones@ifmklaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 30, 2025

Attorney signature: S/ Margaret A. Jones
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023