UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:22-cv-50299 |
| v. | ) | Honorable Iain D. Johnston |
| | ) | Honorable Margaret J, Schneider |
| K.E. Ehrke, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 17, 2025 **[DOC 103]**, the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

**Status of Plaintiff's Pending State Court Criminal Cases**

This civil action is presently stayed by Order of this Court for the pendency of Plaintiff's two state court criminal cases, DeKalb County cases 2022-CF-287 and 2022-CF-288 (the "DeKalb County criminal cases") pending in the Circuit Court of DeKalb County, Illinois **[DOC 99]**.

The DeKalb County criminal cases were last heard at a status hearing on November 12, 2025. As mentioned in the Parties' prior Joint Status Report **[DOC 102]**, at the November 12, 2025, status hearing, the DeKalb County Circuit Court entered an Order for Continuance and set both of the DeKalb County criminal cases for a status hearing on February 5, 2026. **Exhibit A** at 1, **Exhibit B** at 1. No action has been taken in either of the DeKalb County criminal cases since the Court's entry of the November 12, 2025, Order for Continuance. *Id*.

No trial setting conference, pretrial conference, nor trial date has been set for either of the DeKalb County criminal cases and both remain in the "pre-trial" stage of litigation at this time. The docket sheets for both cases (current as of January 5, 2025), are filed herewith and incorporated herein by reference as **Exhibits A-B** hereto.

Based on the above-stated status of the DeKalb County criminal cases, the Parties do not reasonably believe that there have been any developments in either case which would impact the Court's Order staying the litigation of the present action **[DOC 99]**.

Dated: January 6, 2026.

Respectfully submitted,

By: */s/ Garreth A. DeVoe*
    Justin L. Weisberg
    Garreth A. DeVoe
    Buchalter
    180 N. LaSalle Street, Ste. 3300
    Chicago, IL 60601
    jweisberg@buchalter.com
    gdevoe@buchalter.com
    *Attorney for Plaintiff*

By: **/s/** *Madison N. Wynes*
    Michael J. Victor
    Christopher R. Henson
    Madison N. Wynes
    Margaret A. Jones
    IFMK Law, Ltd.
    650 Dundee Road, Ste. 475
    Northbrook, IL 60062
    mvictor@ifmklaw.com
    chenson@ifmklaw.com
    mwynes@ifmklaw.com
    Mjones@ifmklaw.com
    *Attorneys for Defendants*