**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:22-cv-50299 |
| v. | ) | Honorable Iain D. Johnston |
| | ) | Honorable Margaret J. Schneider |
| K.E. Ehrke, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated March 10, 2026 **[DOC 109]**, the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

This civil action is presently stayed by Order of this Court for the pendency of Plaintiff's two state court criminal cases, DeKalb County cases 2022-CF-287 and 2022-CF-288 (the "DeKalb County criminal cases") pending in the Circuit Court of DeKalb County, Illinois **[DOC 99]**. The docket sheets for both of the DeKalb County criminal cases are filed herewith and incorporated herein by reference as **Exhibits A-B** hereto.

As was stated in the Parties' prior Joint Status Report dated March 9, 2026 **[DOC 108]**, and as reflected in the docket sheets, both DeKalb County criminal cases were heard for a status hearing on April 13, 2026. **Exhibit A** at 1, **Exhibit B** at 1.

At the April 13, 2026, status hearing, the DeKalb County Circuit Court entered an Order for Continuance and set both of the DeKalb County criminal cases for a subsequent status hearing on May 4, 2026. **Exhibit A** at 1, **Exhibit B** at 1.

At the May 4, 2026, status hearing, both cases were continued for a status hearing on June 8, 2026, with a "Jury Trial Status" hearing set for September 30, 2026.

No further action has been taken in either of the DeKalb County criminal cases following the May 4, 2026, status hearing and, as of May 8, 2026, both of the DeKalb County criminal cases remain in the "pre-trial" stage of litigation.

Based on the above-stated status of the DeKalb County criminal cases, the Parties do not reasonably believe that there have been any developments in either case which would impact the Court's Order staying the litigation of the present action **[DOC 99]**.

Dated: May 8, 2026.

Respectfully submitted,

By: */s/ Garreth A. DeVoe*
    Justin L. Weisberg
    Garreth A. DeVoe
    Buchalter LLP
    180 N. LaSalle Street, Ste. 2300
    Chicago, IL 60601
    jweisberg@buchalter.com
    gdevoe@buchalter.com
    *Attorneys for Plaintiff*

By: **/s/** *Madison N. Wynes*
    Michael J. Victor
    Christopher R. Henson
    Madison N. Wynes
    Margaret A. Jones
    IFMK Law, Ltd.
    650 Dundee Road, Ste. 475
    Northbrook, IL 60062
    mvictor@ifmklaw.com
    chenson@ifmklaw.com
    mwynes@ifmklaw.com
    Mjones@ifmklaw.com
    *Attorneys for Defendants*