**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:22-cv-50299 |
| v. | ) | Honorable Iain D. Johnston |
| | ) | Honorable Margaret J, Schneider |
| K.E. Ehrke, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's Order dated May 11, 2026 [DOC 111], Plaintiff, Carl Jones ("Plaintiff"), and Defendants, K.E. Ehrke, et al. ("Defendants"), by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

The above-captioned civil action is the subject of a stay of litigation by Order of this Court [DOC 99] pending the resolution of two related criminal proceedings against Plaintiff, DeKalb County cases 2022-CF-287 and 2022-CF-288 (the "DeKalb County criminal cases") pending in the Circuit Court of DeKalb County, Illinois. The docket sheets for both of the DeKalb County criminal cases, as of September 30, 2026, are filed herewith and incorporated herein by reference as **Exhibits A-B** hereof.

Both of the DeKalb County criminal cases remain pending in the "pretrial" stage and were most recently called for status hearings on June 8, 2026, and September 14, 2026. **Exhibit A** at 1, **Exhibit B** at 1**.** At the June 8, 2026, status hearing, both cases were continued for a status hearing on August 10, 2026, which was then continued and reset to September 14, 2026.

Both cases were heard on September 14, 2026, and both were continued for status hearings on January 5, 2027. *Id.* The "jury trial status" previously set for September 30, 2026, was reset for

January 13, 2027. **Exhibit B** at 1. Plaintiff's counsel is of the understanding that 2022-CF-288 will proceed to trial if not resolved prior to the January 5, 2027 status hearing.

At this time, both cases remain open and pending and accordingly, the Parties do not reasonably believe there have been any developments that would otherwise impact the Stay Order [DOC 99] in the present case.

Dated: September 30, 2026.

Respectfully submitted,

By: */s/ Justin L. Weisberg*
Justin L. Weisberg
Garreth A. DeVoe
Buchalter
180 N. LaSalle Street, Ste. 3300
Chicago, IL 60601
jweisberg@buchalter.com
gdevoe@buchalter.com
*Attorneys for Plaintiff*

By: **/s/** *Madison N. Wynes*
Michael J. Victor
Madison N. Wynes
Margaret A. Jones
IFMK Law, Ltd.
650 Dundee Road, Ste. 475
Northbrook, IL 60062
mvictor@ifmklaw.com
mwynes@ifmklaw.com
mjones@ifmklaw.com
*Attorneys for Defendants*

# EXHIBIT A

```
         COURT DOCKET -  DEKALB    COUNTY CIRCUIT CLERK                              PAGE:   1
Case: 2022CF000287           vs JONES CARL III                                       DATE: 2026-09-30
Type: Criminal Felony            Judge: HON MARCY BUICK         Jury Trial:          TIME: 10.26.54
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022
           CASE PARTICIPANTS NAMES                          ATTORNEYS
           -----------------------                          ---------
Def        JONES CARL III                                   GIBBS WILLIAM P
COM        PAUL MAX
AGY        DEKALB POLICE DEPARTMENT

DATE
----------
09/14/2026 Order for Continuance, filed
           STATUS HEARING Jan 13,2027 01:30PM Rm220 Judge HON MARCY BUICK
09/14/2026 Order grant motion to continue
           STATUS HEARING Jan 05,2027 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:EP1 M
09/14/2026 Court Reporter - Court Reporter Specialist
09/14/2026 Attorney present in open court
09/14/2026 Defendant present in open court
           Asa Regna; Rep Gibbs; Judge Buick
09/14/2026 Strike All Future Dates - All Eligible Hearings
07/31/2026 Order Case Continued - Rescheduled
           Document TR12.DOC Was Printed
           STATUS HEARING Sep 14,2026 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:MM1 M
07/31/2026 Agreed order
           Judge:HON MARCY BUICK Clerk:MM1 M
06/08/2026 Order for Continuance, filed
           STATUS HEARING Aug 10,2026 09:00AM Rm220 Judge HON MARCY BUICK
           Canceled
06/08/2026 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:AP1 M
06/08/2026 Court Reporter - Court Reporter Specialist
06/08/2026 Attorney present in open court
06/08/2026 Defendant present in open court
           asa Regna, rep Gibbs, judge Buick
           Judge:HON MARCY BUICK Clerk:AP1 M
05/04/2026 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:ST1 M
05/04/2026 In absentia explained
           Judge:HON MARCY BUICK Clerk:ST1 M
05/04/2026 Defendants rights and penalties explained, filed
           Judge:HON MARCY BUICK Clerk:ST1 M
05/04/2026 Order for Continuance, filed
           STATUS HEARING Sep 30,2026 01:30PM Rm220 Judge HON MARCY BUICK
           Canceled
05/04/2026 Court Reporter - Court Reporter Specialist
05/04/2026 Attorney present in open court
05/04/2026 Defendant present in open court
           asa Regna, rep Gibbs, judge Buick
           STATUS HEARING Jun 08,2026 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ST1 M
04/29/2026 Order for Continuance, filed
           STATUS HEARING May 04,2026 09:00AM Rm220 Judge HON MARCY BUICK
04/29/2026 Court Reporter - Court Reporter Specialist
04/29/2026 Attorney present in open court
04/29/2026 Defendant not appearing in open court
           Asa Regna; Rep Gibbs; Judge Buick
04/13/2026 Order for Continuance, filed
           STATUS HEARING May 04,2026 09:00AM Rm220 Judge HON MARCY BUICK
04/13/2026 Court Reporter - Court Reporter Specialist
           STATUS HEARING Apr 29,2026 09:00AM Rm220 Judge HON MARCY BUICK
```

**EXHIBIT A**

```
DATE
----------
04/13/2026 Attorney present in open court
04/13/2026 Defendant present in open court
           Asa Regna; Rep Gibbs; Judge Montgomery
02/05/2026 Order for Continuance, filed
           STATUS HEARING Apr 13,2026 09:00AM Rm220 Judge HON MARCY BUICK
02/05/2026 Court Reporter - Court Reporter Specialist
02/05/2026 Attorney present in open court
02/05/2026 Defendant present in open court
           asa regna; rep gibbs; judge buick
11/12/2025 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:ST1 M
11/12/2025 Order for Continuance, filed
           STATUS HEARING Feb 05,2026 09:00AM Rm220 Judge HON MARCY BUICK
11/12/2025 Court Reporter - Court Reporter Specialist
11/12/2025 Attorney present in open court
11/12/2025 Defendant present in open court
           asa Regna, rep Gibbs, judge Buick
           Judge:HON MARCY BUICK Clerk:ST1 M
09/17/2025 Order for Continuance, filed
           STATUS HEARING Nov 12,2025 09:00AM Rm220 Judge HON MARCY BUICK
09/17/2025 Court Reporter - Court Reporter Specialist
09/17/2025 Attorney present in open court
09/17/2025 Defendant present in open court
           Asa Regna; Rep Gibbs; Judge Buick
08/05/2025 Order for Continuance, filed
08/05/2025 Defendant present in open court
           STATUS HEARING Sep 17,2025 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
08/05/2025 Court Reporter - Court Reporter Specialist
07/01/2025 Order for Continuance, filed
07/01/2025 Court Reporter - Court Reporter Specialist
07/01/2025 Defendant present in open court
           rep gibbs; asa hodder for regna; judge buick
           STATUS HEARING Aug 05,2025 09:00AM Rm220 Judge HON MARCY BUICK
05/15/2025 Order for Continuance, filed
           STATUS HEARING Jul 01,2025 09:00AM Rm220 Judge HON MARCY BUICK
05/15/2025 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:CH1 M
05/15/2025 Court Reporter - Court Reporter Specialist
05/15/2025 Attorney present in open court
05/15/2025 Defendant present in open court
           asa regna; rep gibbs; judge buick
           Judge:HON MARCY BUICK Clerk:CH1 M
04/10/2025 Order for Continuance, filed
04/10/2025 Court Reporter - Court Reporter Specialist
04/10/2025 Defendant present in open court
           rep gibbs; asa regna; judge buick
           STATUS HEARING May 15,2025 09:00AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
04/08/2025 Mandate vacated and remanded, filed
           Judge:HON MARCY BUICK Clerk:EP1 M
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
```

**EXHIBIT A**

```
DATE
----------
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/03/2025 Disposition 08/00 Count 008 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing AGG UUW/VEH/FIR LOAD
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 720 5/24-1.6(a)(1) Class 4
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Disposition 07/00 Count 007 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing AGG UUW/PERSON/LOADE
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 720 5/24-1.6(a)(2) Class 4
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Disposition 06/00 Count 006 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing ILLEG POSS AMMUNITIO
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 430 65/2(a)(2) Class A
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Disposition 05/00 Count 005 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing POSS FIREARM FOID EX
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 430 65/2(a)(1) Class A
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Disposition 04/00 Count 004 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing CRIM DMG TO PROP $50
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 720 5/21-1(a)(1) Class 4
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Disposition 03/00 Count 003 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing CRIM DMG TO PROP $50
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 720 5/21-1(a)(1) Class 4
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Disposition 02/00 Count 002 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing AGG DISCHARGE FIREAR
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 720 5/24-1.2(a)(2) Class 1
```

EXHIBIT A

DATE
----------
Sentence: 04/03/2025
Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
No Fine & Cost .00
04/03/2025 Disposition 01/00 Count 001 No Fine & Cost Signed
Judge HON MARCY BUICK Asst States Attorney REGNA DAN
Disposition: Pretrial: Initial Appearance Hearing AGG DISCHARGE FIREAR
Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
Statute 720 5/24-1.2(a)(2) Class 1
Sentence: 04/03/2025
Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
No Fine & Cost .00
04/03/2025 Defendant in custody via Zoom
rep gibbs; asa regna; judge buick
Apr 10,2025 09:00AM Rm94 Judge HON MARCY BUICK
04/03/2025 Order defendant to have no contact with
Judge:HON MARCY BUICK Clerk:ELW M
04/03/2025 Order - Pretrial Release, Filed
04/03/2025 Pretrial Supervision Order, Filed
04/03/2025 Court Reporter - Court Reporter Specialist
04/03/2025 Order grant release
Judge:HON MARCY BUICK Clerk:ELW M
04/02/2025 Agreed order
rep gibbs; asa hodder; judge buick
STATUS HEARING Apr 03,2025 09:45AM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
02/25/2025 Order for Continuance, filed
02/25/2025 Defendant present via Zoom
rep gibbs; asa hodder; judge buick
Apr 10,2025 09:00AM Rm94 Judge HON MARCY BUICK Canceled
02/25/2025 Defendant Remains Detained
02/25/2025 Court Reporter - Court Reporter Specialist
02/04/2025 Order for Continuance, filed
02/04/2025 Court Reporter - Court Reporter Specialist
02/04/2025 Defendant present via Zoom
rep gibbs; asa hodder; judge montgomery
STATUS HEARING Feb 25,2025 09:45AM Rm94 Judge HON MARCY BUICK
01/23/2025 06.04.24 Filed By
01/13/2025 01.02.25 Filed By
01/13/2025 12.19.24 Filed By
01/13/2025 12.10.24 Filed By
01/13/2025 11.26.24 Filed By
01/13/2025 11.21.24 Filed By
01/13/2025 05.16.24 Filed By
01/13/2025 05.09.24 Filed By
01/13/2025 01.29.24 Filed By
01/13/2025 12.21.23 Filed By
01/13/2025 11.14.23 Filed By
01/13/2025 10.19.23 Filed By
01/13/2025 10.05.23 Filed By
01/13/2025 09.06.23 Filed By
01/13/2025 06.08.22 Filed By
01/13/2025 06.03.22 Filed By
01/06/2025 Notice of Appeal - Safe-T Act, Filed
01/06/2025 Order appoint appellate defender, filed
Judge:HON MARCY BUICK Clerk:LLB M
01/02/2025 Order for Continuance, filed

**EXHIBIT A**

Case: 2022CF000287 vs JONES CARL III DATE: 2026-09-30
Type: Criminal Felony Judge: HON MARCY BUICK Jury Trial: TIME: 10.26.54
From: 00/00/0000 To: 99/99/9999 All Case Entries Last Date First View
Filed: 6/03/2022 Status: Pre-trial on 6/03/2022

DATE
----------
01/02/2025 Court Reporter - Court Reporter Specialist
01/02/2025 Defendant present in custody
rep gibbs; asa hodder; judge buick
STATUS HEARING Feb 04,2025 09:00AM Rm94 Judge HON MARCY BUICK
12/19/2024 Motion for Relief, Filed
12/19/2024 Defendant Remains Detained
12/19/2024 Order for Continuance, filed
12/19/2024 Defendant present in court via close circuit video, filed
rep gibbs; asa hodder; judge buick
MOTION/PETITION HEARING Jan 02,2025 10:45AM Rm94
Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
12/19/2024 Court Reporter - Court Reporter Specialist
12/10/2024 Defendant Remains Detained
12/10/2024 Order deny motion petition request for immediate release
12/10/2024 Order deny motion petition request amended mot for pretrial releas
12/10/2024 Order for Continuance, filed
12/10/2024 Defendant present in custody
rep gibbs; asa hodder; judge buick
FILING Dec 19,2024 09:45AM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
12/10/2024 Court Reporter - Court Reporter Specialist
11/26/2024 Order for Continuance, filed
11/26/2024 Court Reporter - Court Reporter Specialist
sandy foord
11/26/2024 Defendant present in custody
rep gibbs; asa hodder; judge buick
RULING Dec 10,2024 03:00PM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
11/21/2024 Amended Motion to reconsider order of pretrial detention and deman
d for immediate release of the def
11/21/2024 Order for Continuance, filed
11/21/2024 Defendant Remains Detained
11/21/2024 Defendant present in court via close circuit video, filed
rep gibbs; asa hodder; judge buick
STATUS HEARING Nov 26,2024 10:45AM Rm94
11/21/2024 Court Reporter - Court Reporter Specialist
11/20/2024 Motion to reconsider, filed
order of pretrial detention
11/19/2024 Order for Continuance, filed
11/19/2024 Defendant present in court via close circuit video, filed
rep gibbs; asa hodder; judge buick
STATUS HEARING Nov 21,2024 09:45AM Rm94
11/19/2024 Defendant Remains Detained
11/19/2024 Court Reporter - Court Reporter Specialist
11/10/2024 Order - Mittimus Remanding Custody, Filed
11/10/2024 Order for Continuance, filed
11/10/2024 Defendant present via Zoom
rep gibbs; asa mceachern; judge gallagher chami
STATUS HEARING Nov 19,2024 09:00AM Rm94
11/04/2024 Order for Continuance, filed
11/04/2024 Court Reporter - Court Reporter Specialist
11/04/2024 Defendant present via Zoom
rep gibbs; asa hodder; judge buick
STATUS HEARING Nov 19,2024 09:00AM Rm94
10/29/2024 General Order, fld

EXHIBIT A

```
DATE
----------
10/29/2024 Video Writ, Filed
           STATUS HEARING Nov 04,2024 09:00AM Rm94 Judge HON MARCY BUICK
10/28/2024 Order for Continuance, filed
10/28/2024 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 05,2024 09:00AM Rm94 Canceled
10/28/2024 Court Reporter - Court Reporter Specialist
10/28/2024 Video Writ, Filed
10/15/2024 Motion
09/20/2024 Motion for discovery, filed
09/20/2024 Speedy trial demand, filed
09/20/2024 Notice of Invocation of Counsel, filed
09/20/2024 Disclosure statement, filed
09/20/2024 Appearance, filed
09/19/2024 Order appoint public defender, filed
09/19/2024 Order for Continuance, filed
09/19/2024 Court Reporter - Court Reporter Specialist
09/19/2024 Defendant present via Zoom
           asa hodder; judge buick
           STATUS HEARING Oct 28,2024 01:30PM Rm94
09/17/2024 Defendant's request for docket sheet
09/17/2024 Defendant's request for status
08/26/2024
08/23/2024 Video Writ, Filed
           STATUS HEARING Sep 19,2024 09:00AM Rm94
08/22/2024 Order for Continuance, filed
           asa hodder; judge buick
           STATUS HEARING Sep 19,2024 09:00AM Rm94
08/19/2024 Proof of service, filed
08/19/2024 Motion to dismiss, filed
08/19/2024 Speedy trial demand, filed

08/02/2024 Affidavit signed by
08/02/2024 Notice of filing, filed
07/08/2024 Motion to set court date
06/04/2024 Order for Continuance, filed
06/04/2024 ORDER DENY mot for ineffective assistance of counsel
06/04/2024 ORDER DENY mot for change of venue
06/04/2024 ORDER DENY mot for prosecutorial misconduct of aty collins 21cf126
06/04/2024 Defendant present in custody
           srl; asa collins; judge buick
           STATUS HEARING Jun 17,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
06/04/2024 Court Reporter - Court Reporter Specialist
           sandy foord
05/16/2024 Motion change of venue
05/16/2024 Order for Continuance, filed
05/16/2024 Defendant present in custody
           srl; asa collins; judge buick
           SENTENCING HEARING Jun 04,2024 01:30PM Rm94
05/16/2024 Court Reporter - Court Reporter Specialist
           sandy foord
05/16/2024 Findings of court, filed
           defendant can proceed as Self Representative litagant
05/10/2024 Correspondence, filed from def regarding transcript
05/09/2024 Order for Continuance, filed
```

**EXHIBIT A**

Case: 2022CF000287 vs JONES CARL III DATE: 2026-09-30
Type: Criminal Felony Judge: HON MARCY BUICK Jury Trial: TIME: 10.26.54
From: 00/00/0000 To: 99/99/9999 All Case Entries Last Date First View
Filed: 6/03/2022 Status: Pre-trial on 6/03/2022

```
DATE
----------
           STATUS HEARING May 16,2024 09:45AM Rm94 Judge HON MARCY BUICK
05/09/2024 Public defender withdrawn
           Judge:HON SARAH GALLAGHER CHAMI Clerk:EP1 M
05/09/2024 Court Reporter - Court Reporter Specialist
05/09/2024 Attorney present in open court
05/09/2024 Defendant present in court via close circuit video, filed
           Asa Collins; Rep Dietrich; Judge Buick
05/06/2024 MOTION TO WITHDRAW, FLD
05/06/2024 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
05/06/2024 Notice of motion, filed
           MOTION/PETITION HEARING May 09,2024 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:MRC M
05/03/2024 Correspondence, filed from def
04/30/2024 Order for Continuance, filed
04/30/2024 Court Reporter - Court Reporter Specialist
           sandy foord
04/30/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
           STATUS HEARING Jun 04,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
04/24/2024 Appeal mandate affirming, filed
04/05/2024 Appellate correspondence
02/27/2024 Findings of court, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:CAM M
02/22/2024 Order revoke bond, filed
           Judge:HON MARCY BUICK Clerk:ELW M
02/22/2024 Agreed order
           rep dietrich; asa collins; judge buick
           STATUS HEARING Apr 30,2024 01:30PM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/22/2024 Order for Continuance, filed
02/16/2024 Order for Continuance, filed
02/16/2024 Court Reporter - Court Reporter Specialist
02/16/2024 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           RULING Feb 20,2024 09:30AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/15/2024 01.29.24
02/15/2024 12.21.23
02/15/2024 11.14.23
02/15/2024 10.19.23
02/15/2024 10.05.23
02/15/2024 09.06.23
02/15/2024 06.08.22
02/15/2024 06.03.22
02/15/2024 Order for Continuance, filed
           RULING Feb 16,2024 03:00PM Rm94 Judge HON MARCY BUICK
02/15/2024 CT REPT THIS DATE Sandy Foord
02/15/2024 Attorney present in open court
02/15/2024 Defendant present in court via close circuit video, filed
           Asa Collins; Rep Dietrich; Judge Buick
02/13/2024 Order for Continuance, filed
02/13/2024 Defendant present in custody
```

**EXHIBIT A**

```
DATE
----------
           rep dietrich; asa collins; judge buick
           Judge:HON MARCY BUICK Clerk:ELW M
02/13/2024 Court Reporter - Court Reporter Specialist
02/05/2024 Notice of Appeal - Safe-T Act, Filed
02/05/2024 Proof of service, filed
           Judge:HON PHILIP G MONTGOMERY Clerk:LLB M
02/05/2024 Notice of filing, filed
           Judge:HON PHILIP G MONTGOMERY Clerk:LLB M
02/05/2024 Order appoint appellate defender, filed
           Judge:HON PHILIP G MONTGOMERY Clerk:LLB M
01/29/2024 Order - Pretrial Detention - Initial, Filed
01/29/2024 Order for Continuance, filed
01/29/2024 Order - Mittimus Remanding Custody, Filed
01/29/2024 Defendant Detained
01/29/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
           HEARING Feb 13,2024 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
01/29/2024 Court Reporter - Court Reporter Specialist
           sandy foord
01/16/2024 Correspondence, filed
01/11/2024 Order for Continuance, filed
01/11/2024 Court Reporter - Court Reporter Specialist
01/11/2024 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Jan 29,2024 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/21/2023 Defendant Remains Detained
12/21/2023 Order for Continuance, filed
           FILING Jan 11,2024 09:45AM Rm94 Judge HON MARCY BUICK
12/21/2023 Court Reporter - Court Reporter Specialist
12/21/2023 Attorney present in open court
12/21/2023 Defendant present in court via close circuit video, filed
           asa collins;rep dietrich;judge buick
12/14/2023 Correspondence, filed
12/13/2023 Order for Continuance, filed
12/13/2023 Court Reporter - Court Reporter Specialist
12/13/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
12/12/2023 Notice of
           STATUS HEARING Dec 13,2023 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/07/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
12/07/2023 NOTICE TO request to advance case
12/01/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
12/01/2023 Notice of request to advance case
           STATUS HEARING Dec 11,2023 09:00AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:MRC M
11/30/2023 Order for Continuance, filed
11/30/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           RULING Jan 11,2024 02:30PM Rm94 Judge HON MARCY BUICK Canceled
           Judge:HON MARCY BUICK Clerk:ELW M
```

EXHIBIT A

```
DATE
----------
11/30/2023 Court Reporter - Court Reporter Specialist
11/14/2023 Supplemental disclosure, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:CAM M
11/14/2023 Proof of service, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:CAM M
11/14/2023 Notice of filing, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:CAM M
11/14/2023 Order for Continuance, filed
11/14/2023 Court Reporter - Court Reporter Specialist
11/14/2023 Defendant present in court via close circuit video, filed
           ASA:COLLINS/PD:DIETRICH/JUDGE BUICK
           BOND 650000-10% EHM PTS
           RULING Nov 30,2023 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:CAM M
10/19/2023 Motion for supplemental disc
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Notice of motion, filed
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 People's response to
           def mot for reconsideration
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Order for Continuance, filed
10/19/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa colins; judge buick
           MOTION/PETITION HEARING Nov 14,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
10/19/2023 Court Reporter - Court Reporter Specialist
10/11/2023 Motion response to state
           Judge:HON MARCY BUICK Clerk:TJD M
10/11/2023 Notice of filing, filed
           proof of service
           Judge:HON MARCY BUICK Clerk:TJD M
10/10/2023 Verified Petition to Deny Defendant's Pretrial Release, Fld
10/05/2023 Order for Continuance, filed
10/05/2023 Court Reporter - Court Reporter Specialist
10/05/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           MOTION/PETITION HEARING Oct 19,2023 02:30PM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
10/03/2023 Motion for reconsideration pretrial release conditions
           Judge:HON MARCY BUICK Clerk:TJD M
10/03/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:TJD M
10/03/2023 Notice of motion, filed
           reconsideration of pretrial release conditions
           MOTION/PETITION HEARING Oct 05,2023 02:30PM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:TJD M
09/06/2023 Order for Continuance, filed
09/06/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
```

**EXHIBIT A**

```
Case: 2022CF000287            vs JONES CARL III                                      DATE: 2026-09-30
Type: Criminal Felony             Judge: HON MARCY BUICK         Jury Trial:         TIME: 10.26.54
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
09/06/2023 Court Reporter - Court Reporter Specialist
09/06/2023 Order deny motion petition for bond reduction, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
09/01/2023 Motion for bond modification
           MOTION/PETITION HEARING Sep 06,2023 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:TJD M
09/01/2023 Notice of filing, filed
           proof of service
           Judge:HON MARCY BUICK Clerk:TJD M
08/14/2023 Order for Continuance, filed
08/14/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Oct 05,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
08/14/2023 Court Reporter - Court Reporter Specialist
07/31/2023 Order for Continuance, filed
07/31/2023 Order defendant found fit to stand trial, filed
           Judge:HON MARCY BUICK Clerk:ELW M
07/31/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Aug 14,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
07/31/2023 Court Reporter - Court Reporter Specialist
07/26/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:LLB M
07/26/2023 Notice of request to advance case
           MOTION/PETITION HEARING Jul 31,2023 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:LLB M
07/18/2023 Order transport the defendant, filed
           Judge:HON MARCY BUICK Clerk:ELW M
07/18/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
07/18/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:MRC M
06/29/2023 Order for Continuance, filed
06/29/2023 Court Reporter - Court Reporter Specialist
06/29/2023 Defendant not appearing in open court
           rep dietrich; asa collins; judge buick
           STATUS HEARING Sep 28,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Canceled
           Judge:HON MARCY BUICK Clerk:ELW M
06/22/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:ELW M
06/15/2023 Correspondence, filed
04/27/2023 Order for Continuance, filed
04/27/2023 Court Reporter - Court Reporter Specialist
04/27/2023 Defendant not appearing in open court
           rep criswell; asa collins; judge buick
           STATUS HEARING Jun 29,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Order defendant found unfit to stand trial, filed
           Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Order for Continuance, filed
03/28/2023 CT REPT THIS DATE sandy foord
```

**EXHIBIT A**

```
DATE
----------
           Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Defendant present in custody
           rep dietrich; asa collins; judge buick

           state calls dr jayne braden-deemed an expert in her field
           STATUS HEARING Apr 27,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/22/2023 Order for Continuance, filed
03/22/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           HEARING Mar 28,2023 11:00AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/22/2023 Court Reporter - Court Reporter Specialist
03/15/2023 Order for Continuance, filed
03/15/2023 Court Reporter - Court Reporter Specialist
03/15/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 22,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
03/15/2023 Order for Continuance, filed
03/15/2023 Court Reporter - Court Reporter Specialist
03/15/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 22,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
03/07/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
03/07/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:MRC M
03/02/2023 Order for Continuance, filed
03/02/2023 Court Reporter - Court Reporter Specialist
03/02/2023 Defendant not appearing in open court
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 15,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/09/2023 Order for fitness evaluation, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/09/2023 Order for Continuance, filed
02/09/2023 Court Reporter - Court Reporter Specialist
02/09/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 02,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/01/2023 Notice of filing, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/01/2023 Order for Continuance, filed
02/01/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Feb 09,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/01/2023 Court Reporter - Court Reporter Specialist
12/29/2022 Agreed order
```

**EXHIBIT A**

Case: 2022CF000287 vs JONES CARL III DATE: 2026-09-30
Type: Criminal Felony Judge: HON MARCY BUICK Jury Trial: TIME: 10.26.54
From: 00/00/0000 To: 99/99/9999 All Case Entries Last Date First View
Filed: 6/03/2022 Status: Pre-trial on 6/03/2022

```
DATE
----------
           STATUS HEARING Feb 01,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:LM2 M
12/22/2022 Order for Continuance, filed
12/22/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Feb 01,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/22/2022 Court Reporter - Court Reporter Specialist
11/14/2022 Order for fitness evaluation, filed
           STATUS HEARING Dec 29,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
11/10/2022 Order for Continuance, filed
11/10/2022 Court Reporter - Court Reporter Specialist
11/10/2022 Defendant present via Zoom
           rep dietrich; asa collins; judge montgomery
           STATUS HEARING Dec 29,2022 02:30PM Rm94
10/03/2022 Supplemental disclosure, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:MRC M
10/03/2022 NOTICE OF FILING & PROOF OF SERVICE, FLD
09/22/2022 Supplemental disclosure, filed
           Judge:HON MARCY BUICK Clerk:ELW M
09/22/2022 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:ELW M
09/22/2022 Order for Continuance, filed
09/22/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Nov 10,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
09/22/2022 Court Reporter - Court Reporter Specialist
08/09/2022 Order for Continuance, filed
08/09/2022 Court Reporter - Court Reporter Specialist
08/09/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Sep 22,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
06/22/2022 Discovery, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Motion for disclosure, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Notice of filing, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Defendants rights and penalties explained, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Defendant arraigned this date, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Defendant present in court via close circuit video, filed
           REP DIETRICH; ASA COLLINS; JUDGE BUICK
           STATUS HEARING Aug 10,2022 02:30PM Rm94
06/22/2022 Court Reporter - Court Reporter Specialist
06/22/2022 Order for Continuance, filed
06/10/2022 Grand Jury Indictment, filed
06/08/2022 Order for Continuance, filed
06/08/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           FOR ATTORNEY Jun 22,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
```

**EXHIBIT A**

Case: 2022CF000287 vs JONES CARL III DATE: 2026-09-30
Type: Criminal Felony Judge: HON MARCY BUICK Jury Trial: TIME: 10.26.54
From: 00/00/0000 To: 99/99/9999 All Case Entries Last Date First View
Filed: 6/03/2022 Status: Pre-trial on 6/03/2022

DATE
----------
06/08/2022 Court Reporter - Court Reporter Specialist
06/07/2022 Order for Continuance, filed
$500,000/10%
MOTION/PETITION HEARING Jun 08,2022 02:30PM Rm94
Judge HON MARCY BUICK
06/07/2022 Court Reporter - Court Reporter Specialist
06/07/2022 Attorney present in open court
06/07/2022 Defendant present in court via close circuit video, filed
Asa Collins; Rep Criswell; Judge Buick
06/06/2022 Disclosure statement, filed
Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/06/2022 Motion for discovery, filed
Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/06/2022 Appearance, filed
06/06/2022 Notice of Invocation of Counsel, filed
06/06/2022 Speedy trial demand, filed
Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/03/2022 Order for Continuance, filed
06/03/2022 Order appoint public defender, filed
Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Pauper's affidavit, filed
Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Pre-trial release order, filed
Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Attorney present in open court
J=Gallagher Chami, ASA Collins, PD appointed
bond 500,000 10% PTS
STATUS HEARING Jun 07,2022 02:30PM Rm94 Judge HON MARCY BUICK
06/03/2022 Defendant present in court via close circuit video, filed
via zoom DCJ
06/03/2022 Court Reporter - Court Reporter Specialist
06/03/2022 Written Gerstein Filed
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 08 Count 008 AGG UUW/VEH/FIR LOADED/NO FOID May 30,2022
Defendant JONES CARL III
Statute 720 5/24-1.6(a)(1) Class 4 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 07 Count 007 AGG UUW/PERSON/LOADED/NO FCCA May 30,2022
Defendant JONES CARL III
Statute 720 5/24-1.6(a)(2) Class 4 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 06 Count 006 ILLEG POSS AMMUNITION/FOID May 30,2022
Defendant JONES CARL III
Statute 430 65/2(a)(2) Class A Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98

**EXHIBIT A**

Case: 2022CF000287 vs JONES CARL III DATE: 2026-09-30
Type: Criminal Felony Judge: HON MARCY BUICK Jury Trial: TIME: 10.26.54
From: 00/00/0000 To: 99/99/9999 All Case Entries Last Date First View
Filed: 6/03/2022 Status: Pre-trial on 6/03/2022

DATE
----------
06/03/2022 Charge 05 Count 005 POSS FIREARM FOID EXPIRED May 30,2022
Defendant JONES CARL III
Statute 430 65/2(a)(1) Class A Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 04 Count 004 CRIM DMG TO PROP $500-10K May 30,2022
Defendant JONES CARL III
Statute 720 5/21-1(a)(1) Class 4 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 03 Count 003 CRIM DMG TO PROP $500-10K May 30,2022
Defendant JONES CARL III
Statute 720 5/21-1(a)(1) Class 4 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 02 Count 002 AGG DISCHARGE FIREARM/OCC VEH May 30,2022
Defendant JONES CARL III
Statute 720 5/24-1.2(a)(2) Class 1 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 NO BOND No Bond Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 01 Count 001 AGG DISCHARGE FIREARM/OCC VEH May 30,2022
Defendant JONES CARL III
Statute 720 5/24-1.2(a)(2) Class 1 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment

**EXHIBIT A**

# EXHIBIT B

```
        COURT DOCKET -  DEKALB    COUNTY CIRCUIT CLERK                              PAGE:    1
Case: 2022CF000288           vs JONES CARL III                                      DATE: 2026-09-30
Type: Criminal Felony            Judge: HON MARCY BUICK         Jury Trial:         TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022
           CASE PARTICIPANTS NAMES                          ATTORNEYS
           -----------------------                          ---------
Def        JONES CARL III                                   GIBBS WILLIAM P
COM        PAUL MAX
AGY        DEKALB POLICE DEPARTMENT

DATE
----------
09/14/2026 Order for Continuance, filed
           JURY TRIAL STATUS Jan 13,2027 01:30PM Rm220 Judge HON MARCY BUICK
09/14/2026 Order grant motion to continue
           STATUS HEARING Jan 05,2027 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:EP1 M
09/14/2026 Court Reporter - Court Reporter Specialist
09/14/2026 Attorney present in open court
09/14/2026 Defendant present in open court
           Asa Regna; Rep Gibbs; Judge Buick
09/14/2026 Strike All Future Dates - All Eligible Hearings
09/14/2026 Affidavit in support of motion to continue
           Judge:HON MARCY BUICK Clerk:EP1 M
09/14/2026 Motion to continue trial
           Judge:HON MARCY BUICK Clerk:EP1 M
07/31/2026 Order Case Continued - Rescheduled
           Document TR12.DOC Was Printed
           STATUS HEARING Sep 14,2026 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:MM1 M
07/31/2026 Agreed order
           Judge:HON MARCY BUICK Clerk:MM1 M
06/08/2026 Order for Continuance, filed
           STATUS HEARING Aug 10,2026 09:00AM Rm220 Judge HON MARCY BUICK
           Canceled
06/08/2026 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:AP1 M
06/08/2026 Court Reporter - Court Reporter Specialist
06/08/2026 Attorney present in open court
06/08/2026 Defendant present in open court
           asa Regna, rep Gibbs, judge Buick
           Judge:HON MARCY BUICK Clerk:AP1 M
05/04/2026 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:ST1 M
05/04/2026 In absentia explained
           Judge:HON MARCY BUICK Clerk:ST1 M
05/04/2026 Defendants rights and penalties explained, filed
           Judge:HON MARCY BUICK Clerk:ST1 M
05/04/2026 Order for Continuance, filed
           JURY TRIAL STATUS Sep 30,2026 01:30PM Rm220 Judge HON MARCY BUICK
           Canceled
05/04/2026 Court Reporter - Court Reporter Specialist
05/04/2026 Attorney present in open court
05/04/2026 Defendant present in open court
           asa Regna, rep Gibbs, judge Buick
           STATUS HEARING Jun 08,2026 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ST1 M
05/04/2026 Subpoena Duces Tecum issued
           DeKalb Police Department
           Judge:HON MARCY BUICK Clerk:EP1 M
04/29/2026 Order for Continuance, filed
           STATUS HEARING May 04,2026 09:00AM Rm220 Judge HON MARCY BUICK
04/29/2026 Court Reporter - Court Reporter Specialist
```

**EXHIBIT B**

```
Case: 2022CF000288            vs JONES CARL III                              DATE: 2026-09-30
Type: Criminal Felony            Judge: HON MARCY BUICK         Jury Trial:        TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
04/29/2026 Attorney present in open court
04/29/2026 Defendant not appearing in open court
           Asa Regna; Rep Gibbs; Judge Buick
04/13/2026 Order for Continuance, filed
           STATUS HEARING May 04,2026 09:00AM Rm220 Judge HON MARCY BUICK
04/13/2026 Court Reporter - Court Reporter Specialist
           STATUS HEARING Apr 29,2026 09:00AM Rm220 Judge HON MARCY BUICK
04/13/2026 Attorney present in open court
04/13/2026 Defendant present in open court
           Asa Regna; Rep Gibbs; Judge Montgomery
02/05/2026 Order for Continuance, filed
           STATUS HEARING Apr 13,2026 09:00AM Rm220 Judge HON MARCY BUICK
02/05/2026 Court Reporter - Court Reporter Specialist
02/05/2026 Attorney present in open court
02/05/2026 Defendant present in open court
           asa regna; rep gibbs; judge buick
11/12/2025 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:ST1 M
11/12/2025 Order for Continuance, filed
           STATUS HEARING Feb 05,2026 09:00AM Rm220 Judge HON MARCY BUICK
11/12/2025 Court Reporter - Court Reporter Specialist
11/12/2025 Attorney present in open court
11/12/2025 Defendant present in open court
           asa Regna, rep Gibbs, judge Buick
           Judge:HON MARCY BUICK Clerk:ST1 M
09/17/2025 Order for Continuance, filed
           STATUS HEARING Nov 12,2025 09:00AM Rm220 Judge HON MARCY BUICK
09/17/2025 Court Reporter - Court Reporter Specialist
09/17/2025 Attorney present in open court
09/17/2025 Defendant present in open court
           Asa Regna; Rep Gibbs; Judge Buick
08/05/2025 Order for Continuance, filed
08/05/2025 Defendant present in open court
           STATUS HEARING Sep 17,2025 09:00AM Rm220 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
08/05/2025 Court Reporter - Court Reporter Specialist
07/01/2025 Order for Continuance, filed
07/01/2025 Court Reporter - Court Reporter Specialist
07/01/2025 Defendant present in open court
           rep gibbs; asa hodder for regna; judge buick
           STATUS HEARING Aug 05,2025 09:00AM Rm220 Judge HON MARCY BUICK
05/15/2025 Order for Continuance, filed
           STATUS HEARING Jul 01,2025 09:00AM Rm220 Judge HON MARCY BUICK
05/15/2025 Order defendant must appear, filed
           Judge:HON MARCY BUICK Clerk:CH1 M
05/15/2025 Court Reporter - Court Reporter Specialist
05/15/2025 Attorney present in open court
05/15/2025 Defendant present in open court
           asa regna; rep gibbs; judge buick
           Judge:HON MARCY BUICK Clerk:CH1 M
04/10/2025 Motion for discovery, filed
           Judge:HON MARCY BUICK Clerk:ELW M
04/10/2025 Order for Continuance, filed
04/10/2025 Court Reporter - Court Reporter Specialist
04/10/2025 Defendant present in open court
           rep gibbs; asa regna; judge buick
```

**EXHIBIT B**

Case: 2022CF000288 vs JONES CARL III DATE: 2026-09-30
Type: Criminal Felony Judge: HON MARCY BUICK Jury Trial: TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries Last Date First View
Filed: 6/03/2022 Status: Pre-trial on 6/03/2022

DATE
----------
STATUS HEARING May 15,2025 09:00AM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
04/08/2025 Mandate vacated and remanded, filed
Judge:HON MARCY BUICK Clerk:EP1 M
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/04/2025 ADR Record Sent SPT Defendant JONES CARL III
04/03/2025 Disposition 01/00 Count 001 No Fine & Cost Signed
Judge HON MARCY BUICK Asst States Attorney REGNA DAN
Disposition: Pretrial: Initial Appearance Hearing ARMED VIOLENCE/CATEG
Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
Statute 720 5/33A-2(a) Class X
Sentence: 04/03/2025
Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
No Fine & Cost .00
04/03/2025 Disposition 02/00 Count 002 No Fine & Cost Signed
Judge HON MARCY BUICK Asst States Attorney REGNA DAN
Disposition: Pretrial: Initial Appearance Hearing AGG UUW/PERS/FIR LOA
Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
Statute 720 5/24-1.6(a)(2) Class 4
Sentence: 04/03/2025
Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
No Fine & Cost .00
04/03/2025 Disposition 03/00 Count 003 No Fine & Cost Signed
Judge HON MARCY BUICK Asst States Attorney REGNA DAN
Disposition: Pretrial: Initial Appearance Hearing CRIM DMG/GOVT PROP/<
Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
Statute 720 5/21-1.01(a)(1) Class 4
Sentence: 04/03/2025
Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
No Fine & Cost .00
04/03/2025 Disposition 04/00 Count 004 No Fine & Cost Signed
Judge HON MARCY BUICK Asst States Attorney ASA 3 STATE ILCS
Disposition: Pretrial: Initial Appearance Hearing RESIST/PC OFF/CORR/F
Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
Statute 720 5/31-1(a-7) Class 4
Sentence: 04/03/2025
Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
No Fine & Cost .00
04/03/2025 Disposition 05/00 Count 005 No Fine & Cost Signed
Judge HON MARCY BUICK Asst States Attorney REGNA DAN
Disposition: Pretrial: Initial Appearance Hearing ILLEG POSS AMMUNITIO
Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
Statute 430 65/2(a)(2) Class A
Sentence: 04/03/2025
Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
No Fine & Cost .00
04/03/2025 Disposition 06/00 Count 006 No Fine & Cost Signed
Judge HON MARCY BUICK Asst States Attorney REGNA DAN
Disposition: Pretrial: Initial Appearance Hearing POSS FIREARM FOID EX
Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
Statute 430 65/2(a)(1) Class A

**EXHIBIT B**

```
Case: 2022CF000288           vs JONES CARL III                          DATE: 2026-09-30
Type: Criminal Felony           Judge: HON MARCY BUICK         Jury Trial:         TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Disposition 07/00 Count 007 No Fine & Cost Signed
           Judge HON MARCY BUICK Asst States Attorney REGNA DAN
           Disposition: Pretrial: Initial Appearance Hearing ARMED VIOLENCE/CATEG
           Disposition Type: Pretrial Services Defendant Plea: No Plea Entered
           Statute 720 5/33A-2(a) Class X
           Sentence: 04/03/2025
           Sentence: Pretrial Release Order: Special Cond, Pretrial Supervision
           No Fine & Cost .00
04/03/2025 Defendant in custody via Zoom
           rep gibbs; asa regna; judge buick
           Apr 10,2025 09:00AM Rm94 Judge HON MARCY BUICK
04/03/2025 Order defendant to have no contact with
           Judge:HON MARCY BUICK Clerk:ELW M
04/03/2025 Order - Pretrial Release, Filed
04/03/2025 Pretrial Supervision Order, Filed
04/03/2025 Court Reporter - Court Reporter Specialist
04/03/2025 Order grant release
           Judge:HON MARCY BUICK Clerk:ELW M
04/02/2025 Agreed order
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Apr 03,2025 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/25/2025 Order for Continuance, filed
02/25/2025 Defendant present via Zoom
           rep gibbs; asa hodder; judge buick
           Apr 10,2025 09:00AM Rm94 Judge HON MARCY BUICK Canceled
02/25/2025 Defendant Remains Detained
02/25/2025 Court Reporter - Court Reporter Specialist
02/04/2025 Order for Continuance, filed
02/04/2025 Court Reporter - Court Reporter Specialist
02/04/2025 Defendant present via Zoom
           rep gibbs; asa hodder; judge montgomery
           STATUS HEARING Feb 25,2025 09:45AM Rm94 Judge HON MARCY BUICK
01/13/2025 01.02.25 Filed By
01/13/2025 12.19.24 Filed By
01/13/2025 12.10.24 Filed By
01/13/2025 11.26.24 Filed By
01/13/2025 11.21.24 Filed By
01/13/2025 05.16.24 Filed By
01/13/2025 05.09.24 Filed By
01/13/2025 01.29.24 Filed By
01/13/2025 12.21.23 Filed By
01/13/2025 11.14.23 Filed By
01/13/2025 10.19.23 Filed By
01/13/2025 10.05.23 Filed By
01/13/2025 09.06.23 Filed By
01/13/2025 06.08.22 Filed By
01/13/2025 06.03.22 Filed By
01/06/2025 Notice of Appeal - Safe-T Act, Filed
01/06/2025 Order appoint appellate defender, filed
           Judge:HON MARCY BUICK Clerk:LLB M
01/02/2025 Order for Continuance, filed
01/02/2025 Court Reporter - Court Reporter Specialist
```

**EXHIBIT B**

```
Case: 2022CF000288          vs JONES CARL III                          DATE: 2026-09-30
Type: Criminal Felony        Judge: HON MARCY BUICK       Jury Trial:          TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
01/02/2025 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Feb 04,2025 09:00AM Rm94 Judge HON MARCY BUICK
12/19/2024 Motion for Relief, Filed
12/19/2024 Defendant Remains Detained
12/19/2024 Order for Continuance, filed
12/19/2024 Defendant present in court via close circuit video, filed
           rep gibbs; asa hodder; judge buick
           MOTION/PETITION HEARING Jan 02,2025 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/19/2024 Court Reporter - Court Reporter Specialist
12/10/2024 Order deny motion petition request for immediate release
12/10/2024 Order deny motion petition request amended mot for pretrial releas
12/10/2024 Defendant Remains Detained
12/10/2024 Order for Continuance, filed
12/10/2024 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           FILING Dec 19,2024 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/10/2024 Court Reporter - Court Reporter Specialist
11/26/2024 Order for Continuance, filed
11/26/2024 Court Reporter - Court Reporter Specialist
           sandy foord
11/26/2024 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           RULING Dec 10,2024 03:00PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
11/21/2024 Amended Motion to reconsider order of pretrial detention and deman
           d for immediate release of the def
11/21/2024 Order for Continuance, filed
11/21/2024 Defendant Remains Detained
11/21/2024 Defendant present in court via close circuit video, filed
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 26,2024 10:45AM Rm94
11/21/2024 Court Reporter - Court Reporter Specialist
11/20/2024 Motion to reconsider, filed
           order of pretrial detention
11/19/2024 Order for Continuance, filed
11/19/2024 Defendant present in court via close circuit video, filed
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 21,2024 09:45AM Rm94
11/19/2024 Defendant Remains Detained
11/19/2024 Court Reporter - Court Reporter Specialist
11/10/2024 Order - Mittimus Remanding Custody, Filed
11/10/2024 Order for Continuance, filed
11/10/2024 Defendant present via Zoom
           rep gibbs; asa mceachern; judge gallagher chami
           STATUS HEARING Nov 19,2024 09:00AM Rm94
11/04/2024 Order for Continuance, filed
11/04/2024 Court Reporter - Court Reporter Specialist
11/04/2024 Defendant present via Zoom
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 19,2024 09:00AM Rm94
10/29/2024 General Order, fld
10/29/2024 Video Writ, Filed
```

**EXHIBIT B**

Case: 3:22-cv-50299 Document #: 112 Filed: 09/30/26 Page 24 of 32 PageID #:646

```
Case: 2022CF000288          vs JONES CARL III                        DATE: 2026-09-30
Type: Criminal Felony          Judge: HON MARCY BUICK        Jury Trial:        TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
           STATUS HEARING Nov 04,2024 09:00AM Rm94 Judge HON MARCY BUICK
10/28/2024 Order for Continuance, filed
10/28/2024 Defendant present in custody
           rep gibbs; asa hodder; judge buick
           STATUS HEARING Nov 05,2024 09:00AM Rm94 Judge HON MARCY BUICK
           Canceled
           Judge:HON MARCY BUICK Clerk:ELW M
10/28/2024 Court Reporter - Court Reporter Specialist
10/28/2024 Video Writ, Filed
10/15/2024 Motion
09/23/2024 Order writ of habeas corpus, filed
           STATUS HEARING Oct 28,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:CAM M
09/23/2024 Petition for writ of Habeas Corpus, filed
           Judge:HON MARCY BUICK Clerk:CAM M
09/20/2024 Appearance, filed
09/20/2024 Motion for discovery, filed
09/20/2024 Speedy trial demand, filed
09/20/2024 Notice of Invocation of Counsel, filed
09/20/2024 Disclosure statement, filed
09/19/2024 Order appoint public defender, filed
09/19/2024 Order for Continuance, filed
09/19/2024 Court Reporter - Court Reporter Specialist
09/19/2024 Defendant present via Zoom
           asa hodder; judge buick
           STATUS HEARING Oct 28,2024 01:30PM Rm94
08/22/2024 Order for Continuance, filed
           asa hodder; judge buick
           STATUS HEARING Sep 19,2024 09:00AM Rm94
08/02/2024 Affidavit signed by
08/02/2024 Notice of filing, filed
07/08/2024 Motion to set court date
07/01/2024 Findings of court, filed

06/28/2024 Motion to request appointment of counsel
           Judge:HON MARCY BUICK Clerk:ELW M
06/20/2024
06/04/2024 Order for Continuance, filed
06/04/2024 ORDER DENY mot for ineffective assistance of counsel
06/04/2024 ORDER DENY mot for change of venue
06/04/2024 ORDER DENY mot for prosecutorial misconduct of aty collins 21cf126
06/04/2024 Defendant present in custody
           srl; asa collins; judge buick
           STATUS HEARING Jun 17,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
06/04/2024 Court Reporter - Court Reporter Specialist
           sandy foord
05/16/2024 Motion change of venue
05/16/2024 Order for Continuance, filed
05/16/2024 Defendant present in custody
           srl; asa collins; judge buick
           SENTENCING HEARING Jun 04,2024 01:30PM Rm94
05/16/2024 Court Reporter - Court Reporter Specialist
           sandy foord
05/16/2024 Findings of court, filed
           defendant can proceed as Self Representative litigant
```

**EXHIBIT B**

```
DATE
----------
05/10/2024 Correspondence, filed from def regarding transcript
05/09/2024 Order for Continuance, filed
           STATUS HEARING May 16,2024 09:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
05/09/2024 Public defender withdrawn
           Judge:HON SARAH GALLAGHER CHAMI Clerk:EP1 M
05/09/2024 Court Reporter - Court Reporter Specialist
05/09/2024 Attorney present in open court
05/09/2024 Defendant present in court via close circuit video, filed
           Asa Collins; Rep Dietrich; Judge Buick
05/06/2024 MOTION TO WITHDRAW, FLD
05/06/2024 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
05/06/2024 Notice of motion, filed
           MOTION/PETITION HEARING May 09,2024 10:45AM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:MRC M
05/03/2024 Correspondence, filed from def
04/30/2024 Order for Continuance, filed
04/30/2024 Court Reporter - Court Reporter Specialist
           sandy foord
04/30/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
           STATUS HEARING Jun 04,2024 01:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
04/24/2024 Appeal mandate affirming, filed
04/05/2024 Appellate correspondence
02/27/2024 Findings of court, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:CAM M
02/22/2024 Order revoke bond, filed
           Judge:HON MARCY BUICK Clerk:ELW M
02/22/2024 Agreed order
           rep dietrich; asa collins; judge buick
           STATUS HEARING Apr 30,2024 01:30PM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/22/2024 Order for Continuance, filed
02/16/2024 Order for Continuance, filed
02/16/2024 Court Reporter - Court Reporter Specialist
02/16/2024 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           RULING Feb 20,2024 09:30AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/15/2024 01.29.24
02/15/2024 12.21.23
02/15/2024 11.14.23
02/15/2024 10.19.23
02/15/2024 10.05.23
02/15/2024 09.06.23
02/15/2024 06.08.22
02/15/2024 06.03.22
02/15/2024 Order for Continuance, filed
           RULING Feb 16,2024 03:00PM Rm94 Judge HON MARCY BUICK
02/15/2024 CT REPT THIS DATE Sandy Foord
02/15/2024 Attorney present in open court
02/15/2024 Defendant present in court via close circuit video, filed
```

**EXHIBIT B**

```
DATE
----------
           Asa Collins; Rep Dietrich; Judge Buick
02/13/2024 Order for Continuance, filed
02/13/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
           Judge:HON MARCY BUICK Clerk:ELW M
02/13/2024 Court Reporter - Court Reporter Specialist
02/06/2024 Appellate correspondence
02/05/2024 Order appoint appellate defender, filed
           Judge:HON PHILIP G MONTGOMERY Clerk:LLB M
02/02/2024 Notice of Appeal - Safe-T Act, Filed
02/02/2024 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:LLB M
02/02/2024 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:LLB M
01/29/2024 Order - Pretrial Detention - Initial, Filed
01/29/2024 Order for Continuance, filed
01/29/2024 Order - Mittimus Remanding Custody, Filed
01/29/2024 Defendant Detained
01/29/2024 Defendant present in custody
           rep dietrich; asa collins; judge buick
           HEARING Feb 13,2024 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
01/29/2024 Court Reporter - Court Reporter Specialist
           sandy foord
01/16/2024 Correspondence, filed
01/11/2024 Order for Continuance, filed
01/11/2024 Court Reporter - Court Reporter Specialist
01/11/2024 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Jan 29,2024 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/21/2023 Defendant Remains Detained
12/21/2023 Order for Continuance, filed
           FILING Jan 11,2024 09:45AM Rm94 Judge HON MARCY BUICK
12/21/2023 Court Reporter - Court Reporter Specialist
12/21/2023 Attorney present in open court
12/21/2023 Defendant present in court via close circuit video, filed
           asa collins;rep dietrich;judge buick
12/13/2023 Order for Continuance, filed
12/13/2023 Court Reporter - Court Reporter Specialist
12/13/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
12/12/2023 Notice of
           STATUS HEARING Dec 13,2023 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/07/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
12/07/2023 NOTICE TO request to advance case
12/01/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
12/01/2023 Notice of request to advance case
           STATUS HEARING Dec 11,2023 09:00AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:MRC M
11/30/2023 Order for Continuance, filed
11/30/2023 Defendant present in court via close circuit video, filed
```

**EXHIBIT B**

```
DATE
----------
           rep dietrich; asa collins; judge buick
           RULING Jan 11,2024 02:30PM Rm94 Judge HON MARCY BUICK Canceled
           Judge:HON MARCY BUICK Clerk:ELW M
11/30/2023 Court Reporter - Court Reporter Specialist
11/14/2023 Order for Continuance, filed
11/14/2023 Court Reporter - Court Reporter Specialist
11/14/2023 Defendant present in court via close circuit video, filed
           ASA:COLLINS/PD:DIETRICH/JUDGE BUICK
           BOND 650000-10% EHM PTS
           RULING Nov 30,2023 09:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:CAM M
10/19/2023 Motion for supplemental disc
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Notice of motion, filed
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 People's response to
           def mot for reconsideration
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:ELW M
10/19/2023 Order for Continuance, filed
10/19/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa colins; judge buick
           MOTION/PETITION HEARING Nov 14,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
10/19/2023 Court Reporter - Court Reporter Specialist
10/11/2023 Motion response to state
           Judge:HON MARCY BUICK Clerk:TJD M
10/11/2023 Notice of filing, filed
           proof of service
           Judge:HON MARCY BUICK Clerk:TJD M
10/10/2023 Verified Petition to Deny Defendant's Pretrial Release, Fld
10/05/2023 Order for Continuance, filed
10/05/2023 Court Reporter - Court Reporter Specialist
10/05/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           MOTION/PETITION HEARING Oct 19,2023 02:30PM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
10/03/2023 Motion for reconsideration pretrial release conditions
           Judge:HON MARCY BUICK Clerk:TJD M
10/03/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:TJD M
10/03/2023 Notice of motion, filed
           reconsideration of pretrial release conditions
           MOTION/PETITION HEARING Oct 05,2023 02:30PM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:TJD M
09/06/2023 Order for Continuance, filed
09/06/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
09/06/2023 Court Reporter - Court Reporter Specialist
09/06/2023 Order deny motion petition for bond reduction, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
```

EXHIBIT B

Case: 2022CF000288 vs JONES CARL III DATE: 2026-09-30
Type: Criminal Felony Judge: HON MARCY BUICK Jury Trial: TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries Last Date First View
Filed: 6/03/2022 Status: Pre-trial on 6/03/2022

DATE
----------
09/01/2023 Motion for bond modification
MOTION/PETITION HEARING Sep 06,2023 10:45AM Rm94
Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:TJD M
09/01/2023 Notice of filing, filed
proof of service
Judge:HON MARCY BUICK Clerk:TJD M
08/21/2023 Notice of return of subpoena
Oct 05,2023 02:30PM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:EP1 M
08/17/2023 Subpoena returned, filed
dekalb police records
08/14/2023 Order for Continuance, filed
08/14/2023 Defendant present in court via close circuit video, filed
rep dietrich; asa collins; judge buick
STATUS HEARING Oct 05,2023 02:30PM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
08/14/2023 Court Reporter - Court Reporter Specialist
07/31/2023 Order for Continuance, filed
07/31/2023 Order defendant found fit to stand trial, filed
Judge:HON MARCY BUICK Clerk:ELW M
07/31/2023 Defendant present in court via close circuit video, filed
rep dietrich; asa collins; judge buick
STATUS HEARING Aug 14,2023 02:30PM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
07/31/2023 Court Reporter - Court Reporter Specialist
07/26/2023 Proof of service, filed
Judge:HON MARCY BUICK Clerk:LLB M
07/26/2023 Notice of request to advance case
MOTION/PETITION HEARING Jul 31,2023 10:45AM Rm94
Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:LLB M
07/18/2023 Order transport the defendant, filed
Judge:HON MARCY BUICK Clerk:ELW M
07/18/2023 Proof of service, filed
Judge:HON MARCY BUICK Clerk:MRC M
07/18/2023 Notice of filing, filed
Judge:HON MARCY BUICK Clerk:MRC M
06/29/2023 Order for Continuance, filed
06/29/2023 Court Reporter - Court Reporter Specialist
06/29/2023 Defendant not appearing in open court
rep dietrich; asa collins; judge buick
STATUS HEARING Sep 28,2023 08:45AM Rm94 Judge HON MARCY BUICK
Canceled
Judge:HON MARCY BUICK Clerk:ELW M
06/22/2023 Notice of filing, filed
Judge:HON MARCY BUICK Clerk:ELW M
06/15/2023 Correspondence, filed
04/27/2023 Order for Continuance, filed
04/27/2023 Court Reporter - Court Reporter Specialist
04/27/2023 Defendant not appearing in open court
rep criswell; asa collins; judge buick
STATUS HEARING Jun 29,2023 08:45AM Rm94 Judge HON MARCY BUICK
Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Order defendant found unfit to stand trial, filed
Judge:HON MARCY BUICK Clerk:ELW M

**EXHIBIT B**

```
DATE
----------
03/28/2023 Order for Continuance, filed
03/28/2023 CT REPT THIS DATE sandy foord
           Judge:HON MARCY BUICK Clerk:ELW M
03/28/2023 Defendant present in custody
           rep dietrich; asa collins; judge buick

           state calls dr jayne braden-deemed an expert in her field
           STATUS HEARING Apr 27,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/22/2023 Order for Continuance, filed
03/22/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           HEARING Mar 28,2023 11:00AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
03/22/2023 Court Reporter - Court Reporter Specialist
03/07/2023 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:MRC M
03/07/2023 Notice of filing, filed
           Judge:HON MARCY BUICK Clerk:MRC M
03/02/2023 Order for Continuance, filed
03/02/2023 Court Reporter - Court Reporter Specialist
03/02/2023 Defendant not appearing in open court
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 15,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/09/2023 Order for fitness evaluation, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/09/2023 Order for Continuance, filed
02/09/2023 Court Reporter - Court Reporter Specialist
02/09/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Mar 02,2023 08:45AM Rm94
           Judge HON SARAH GALLAGHER CHAMI
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/01/2023 Notice of filing, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
02/01/2023 Order for Continuance, filed
02/01/2023 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Feb 09,2023 08:45AM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
02/01/2023 Court Reporter - Court Reporter Specialist
12/29/2022 Agreed order
           STATUS HEARING Feb 01,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:LM2 M
12/22/2022 Order for Continuance, filed
12/22/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Feb 01,2023 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
12/22/2022 Court Reporter - Court Reporter Specialist
12/20/2022 Motion to disseminate discovery to defendant
           Judge:HON MARCY BUICK Clerk:CAM M
12/20/2022 Proof of service, filed
           Judge:HON MARCY BUICK Clerk:CAM M
```

**EXHIBIT B**

```
DATE
----------
12/20/2022 Notice of motion, filed
           MOTION/PETITION HEARING Dec 22,2022 02:30PM Rm94
           Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:CAM M
11/14/2022 Order for fitness evaluation, filed
           STATUS HEARING Dec 29,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
11/10/2022 Order for Continuance, filed
11/10/2022 Court Reporter - Court Reporter Specialist
11/10/2022 Defendant present via Zoom
           rep dietrich; asa collins; judge montgomery
           STATUS HEARING Dec 29,2022 02:30PM Rm94
10/24/2022 Supplemental answer to discovery, filed
10/18/2022 NOTICE OF FILING & PROOF OF SERVICE, FLD
10/06/2022 Answer to discovery, filed
10/06/2022 Proof of service, filed
10/06/2022 Notice of filing, filed
10/03/2022 Answer to discovery, filed
           defense 2nd
10/03/2022 Notice of filing, filed
10/03/2022 Supplemental disclosure, filed
10/03/2022 NOTICE OF FILING & PROOF OF SERVICE, FLD
09/22/2022 Order for Continuance, filed
09/22/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Nov 10,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
09/22/2022 Court Reporter - Court Reporter Specialist
08/31/2022 Subpoena returned, filed
           dekalb pd records
           Sep 22,2022 02:30PM Rm94
08/31/2022 Subpoena returned, filed
           dekalb pd records
08/31/2022 Proof of service, filed
08/31/2022 Notice of return of subpoena, filed
           Sep 22,2022 02:30PM Rm94
08/09/2022 Order for Continuance, filed
08/09/2022 Court Reporter - Court Reporter Specialist
08/09/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           STATUS HEARING Sep 22,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
06/22/2022 Discovery, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Motion for disclosure, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Notice of filing, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:ELW M
06/22/2022 Defendants rights and penalties explained, filed
06/22/2022 Defendant arraigned this date, filed
06/22/2022 Defendant present in court via close circuit video, filed
           REP DIETRICH; ASA COLLINS; JUDGE BUICK
           STATUS HEARING Aug 10,2022 02:30PM Rm94
06/22/2022 Court Reporter - Court Reporter Specialist
06/22/2022 Order for Continuance, filed
06/10/2022 Grand Jury Indictment, filed
```

**EXHIBIT B**

```
Case: 2022CF000288          vs JONES CARL III                                   DATE: 2026-09-30
Type: Criminal Felony         Judge: HON MARCY BUICK         Jury Trial:        TIME: 10.28.37
From: 00/00/0000 To: 99/99/9999 All Case Entries       Last Date First View
Filed: 6/03/2022  Status: Pre-trial on 6/03/2022

DATE
----------
06/08/2022 Order for Continuance, filed
06/08/2022 Defendant present in court via close circuit video, filed
           rep dietrich; asa collins; judge buick
           FOR ATTORNEY Jun 22,2022 02:30PM Rm94 Judge HON MARCY BUICK
           Judge:HON MARCY BUICK Clerk:ELW M
06/08/2022 Court Reporter - Court Reporter Specialist
06/07/2022 Order for Continuance, filed
           $500,000/10%
           MOTION/PETITION HEARING Jun 08,2022 02:30PM Rm94
           Judge HON MARCY BUICK
06/07/2022 Court Reporter - Court Reporter Specialist
06/07/2022 Attorney present in open court
06/07/2022 Defendant present in court via close circuit video, filed
           Asa Collins; Rep Criswell; Judge Buick
06/06/2022 Disclosure statement, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/06/2022 Motion for discovery, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/06/2022 Appearance, filed
06/06/2022 Notice of Invocation of Counsel, filed
06/06/2022 Speedy trial demand, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LLB M
06/03/2022 Order for Continuance, filed
06/03/2022 Order appoint public defender, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Pauper's affidavit, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Pre-trial release order, filed
           Judge:HON SARAH GALLAGHER CHAMI Clerk:LM2 M
06/03/2022 Attorney present in open court
           J=Gallagher Chami, ASA Collins, PD appointed
           bond 500,000 10% PTS
           STATUS HEARING Jun 07,2022 02:30PM Rm94 Judge HON MARCY BUICK
06/03/2022 Defendant present in court via close circuit video, filed
           via zoom DCJ
06/03/2022 Court Reporter - Court Reporter Specialist
06/03/2022 Written Gerstein Filed
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 07 Count 007 ARMED VIOLENCE/CATEGORY I Jun 02,2022
           Defendant JONES CARL III
           Statute 720 5/33A-2(a) Class X Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 06 Count 006 POSS FIREARM FOID EXPIRED Jun 02,2022
           Defendant JONES CARL III
           Statute 430 65/2(a)(1) Class A Orig.
           Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment
06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
           Asst States Attorney COLLINS SUZANNE
           PLEA SETTING Jun 03,2022 01:00PM Rm98
06/03/2022 Charge 05 Count 005 ILLEG POSS AMMUNITION/FOID Jun 02,2022
           Defendant JONES CARL III
```

**EXHIBIT B**

DATE
----------

Statute 430 65/2(a)(2) Class A Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment

06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98

06/03/2022 Charge 04 Count 004 RESIST/PC OFF/CORR/FRFTR/INJ Jun 02,2022
Defendant JONES CARL III
Statute 720 5/31-1(a-7) Class 4 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment

06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98

06/03/2022 Charge 03 Count 003 CRIM DMG/GOVT PROP/< $500 Jun 02,2022
Defendant JONES CARL III
Statute 720 5/21-1.01(a)(1) Class 4 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment

06/03/2022 Bond Type Bond On Companion Case Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98

06/03/2022 Charge 02 Count 002 AGG UUW/PERS/FIR LOADED/FOID Jun 02,2022
Defendant JONES CARL III
Statute 720 5/24-1.6(a)(2) Class 4 Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment

06/03/2022 NO BOND No Bond Defendant JONES CARL III
Asst States Attorney COLLINS SUZANNE
PLEA SETTING Jun 03,2022 01:00PM Rm98

06/03/2022 Charge 01 Count 001 ARMED VIOLENCE/CATEGORY I Jun 02,2022
Defendant JONES CARL III
Statute 720 5/33A-2(a) Class X Orig.
Agency: DEKALB POLICE DEPARTMENT Charge Instr: Indictment

**EXHIBIT B**