**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Carl Jones
Plaintiff,
v.
K. E. Ehrke, et al.
Defendant.

Case No.: 3:22−cv−50299
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2026:

MINUTE entry before the Honorable Margaret J. Schneider: The Court has reviewed the parties' Joint Status Report [112]. The parties are directed to file a joint status report by 01/08/27 updating the Court on the status of Plaintiff's related criminal proceedings. If Plaintiff's criminal matters are resolved prior to 01/08/27, the parties should notify the Court immediately. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.