# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Carl Jones vs. K.E. Ehrke, et al

Case Number: 22-cv-50299

An appearance is hereby filed by the undersigned as attorney for:

Defendants Ehrke, Paul, Abonce, Goodwin, Reinbolz, Parsons, Klienmaier, Byrd, City of DeKa

Attorney name (type or print): Madison N. Wynes

Firm: IFMK Law, Ltd.

Street address: 5131 Utica Ridge Rd., Suite B

City/State/Zip: Davenport, IA 52807

Bar ID Number: 6336974
(See item 3 in instructions)

Telephone Number: 563-306-0541

Email Address: mwynes@ifmklaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 17, 2026

Attorney signature: S/ Madison N. Wynes
(Use electronic signature if the appearance form is filed electronically.)